# Exhibit C

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

Assignment ID: TMI43476

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Snow Joe, LLC | | 02/06/2024 | Limited Liability Company: NEW YORK |

### RECEIVING PARTY DATA

| | |
|---|---|
| Company Name: | Weather Brands LLC |
| Street Address: | 134 West 29th Street |
| Internal Address: | 4th Floor |
| City: | New York |
| State/Country: | NEW YORK |
| Postal Code: | 10001 |
| Entity Type: | Limited Liability Company: TEXAS |

### PROPERTY NUMBERS Total: 51

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87228810 | #FINDYOURBLISS |
| Serial Number: | 85897821 | AQUA JOE |
| Serial Number: | 88711719 | AUTO JOE |
| Serial Number: | 97121433 | AUTO JOE |
| Serial Number: | 86854369 | BEST IN SNOW |
| Serial Number: | 87583889 | BLISS HAMMOCKS |
| Serial Number: | 77467328 | BLISS HAMMOCKS |
| Serial Number: | 90751502 | BLISS OUTDOORS |
| Serial Number: | 90977746 | BLISS OUTDOORS |
| Serial Number: | 86834981 | BLUE HEAT SNOW AND ICE MELTER |
| Serial Number: | 88952712 | CHOOSE YOUR COVERAGE |
| Serial Number: | 86247117 | CUT THE CORD |
| Serial Number: | 86134803 | ECOSHARP |
| Serial Number: | 87939709 | FIBERJACKET |
| Serial Number: | 87234234 | FIND YOUR BLISS |
| Serial Number: | 90043666 | FROSTY'S NIGHTMARE |
| Serial Number: | 76622792 | GET EQUIPPED |
| Serial Number: | 86463641 | GO WITH JOE |

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87511097 | HAMMOCK IN A BAG |
| Serial Number: | 88606071 | ICE BLASTER SNOW AND ICE MELTER |
| Serial Number: | 86525322 | ILLUM-N-BROOM |
| Serial Number: | 98018323 | IONMAX |
| Serial Number: | 88714908 | JOE'S FACTORY OUTLET |
| Serial Number: | 87028615 | KEEP IT GREEN |
| Serial Number: | 86402104 | LET GRAVITY DO THE WORK |
| Serial Number: | 97307155 | MELT |
| Serial Number: | 86384630 | MELT |
| Serial Number: | 76691825 | MOW JOE |
| Serial Number: | 87820620 | PELLETS OF FIRE |
| Serial Number: | 87387401 | POWER JOE |
| Serial Number: | 90200250 | POWER JOE |
| Serial Number: | 97405478 | POWERJOE |
| Serial Number: | 97405524 | POWERJOE |
| Serial Number: | 98031833 | |
| Serial Number: | 98034885 | |
| Serial Number: | 76623954 | SNOW JOE |
| Serial Number: | 97394277 | SNOW JOE |
| Serial Number: | 78450101 | SNOWJOE |
| Serial Number: | 86463649 | SO EASY IT'S LIKE VACUUMING |
| Serial Number: | 87266624 | SPRING IT AND FLING IT |
| Serial Number: | 87737236 | SPX3000 |
| Serial Number: | 88768592 | SPX3000 XTREAM |
| Serial Number: | 97395972 | SPX3000 XTREAM |
| Serial Number: | 76697974 | SUN JOE |
| Serial Number: | 88952871 | SUN JOE |
| Serial Number: | 97342825 | SUN JOE |
| Serial Number: | 97342519 | SUNJOE |
| Serial Number: | 86134821 | SUNJOE ION |
| Serial Number: | 88853710 | SUPPLYAID |
| Serial Number: | 87917477 | WICKED SNOW AND ICE MELTER |
| Serial Number: | 86550456 | YOU NAME IT. YOU AIM IT. GRIME IS GONE. |

**CORRESPONDENCE DATA**

Fax Number: 6179464801

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 16179464830

TRADEMARK
REEL: 008411 FRAME: 0364

| | |
|---|---|
| **Email:** | bosippto@seyfarth.com |
| **Correspondent Name:** | Brian L. Michaelis |
| **Address Line 1:** | Suite 1200 |
| **Address Line 2:** | Seyfarth Shaw LLP |
| **Address Line 4:** | Boston, MASSACHUSETTS 02110 |
| **ATTORNEY DOCKET NUMBER:** | 119849-000002 |
| **NAME OF SUBMITTER:** | Brian Michaelis |
| **SIGNATURE:** | Brian Michaelis |
| **DATE SIGNED:** | 04/26/2024 |

**Total Attachments: 10**
source=119849 Snow Joe to Weather Brands TM assignment#page1.tif
source=119849 Snow Joe to Weather Brands TM assignment#page2.tif
source=119849 Snow Joe to Weather Brands TM assignment#page3.tif
source=119849 Snow Joe to Weather Brands TM assignment#page4.tif
source=119849 Snow Joe to Weather Brands TM assignment#page5.tif
source=119849 Snow Joe to Weather Brands TM assignment#page6.tif
source=119849 Snow Joe to Weather Brands TM assignment#page7.tif
source=119849 Snow Joe to Weather Brands TM assignment#page8.tif
source=119849 Snow Joe to Weather Brands TM assignment#page9.tif
source=119849 Snow Joe to Weather Brands TM assignment#page10.tif

## TRADEMARK ASSIGNMENT AGREEMENT

THIS TRADEMARK ASSIGNMENT AGREEMENT (this "**Assignment**") is made effective this February 6, 2024, by and between Snow Joe, LLC, a New York limited liability company, (the "**Assignor**"), and Weather Brands, LLC, a Texas limited liability company (the "**Assignee**"); each a "**Party**" and together, the "**Parties**".

### WITNESSETH:

WHEREAS, Assignor is the owner of all of the rights, titles and interests in and to certain trademarks and service marks, including the registered trademarks, service marks, applications therefor and trade names as set forth on Exhibit A attached hereto (the "**Assigned Trademarks**");

WHEREAS, Assignor surrendered all of its rights and interest to the Assigned Trademarks to Wells Fargo Bank, a National association ("**Lender**"), as secured party in possession, pursuant to that certain Secured Party Bill of Sales, dated as of February 6, 2024, by and between Assignor, Lender, and Licensee ("**Peaceful Possession Agreement**"); and

WHEREAS, Assignee agrees to accept, and Assignor agrees to assign and transfer, all the rights and interests to the Assigned Trademarks through a secured party sale conducted by Lender pursuant to the terms of the Peaceful Possession Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and undertakings set forth in the Peaceful Possession Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1. Assignment of Trademarks. Assignor hereby agrees and affirms that, via and as a result of the secured party sale referenced above, assignor has contributed, granted, conveyed, transferred, assigned, and delivered to Assignee, its successors, and assigns, Assignor's entire right, title and interest in and to the Assigned Trademarks, including all trademark applications and registrations therefor, the goodwill of the business appurtenant to and associated with the Assigned Trademarks and which is symbolized thereby, the business associated with the marks whose applications are pending pursuant to the Lanham Act 1(b), as well as any renewals thereof, all income, royalties, damages, and payments now or hereafter due or payable with respect to the Assigned Trademarks, all claims and causes of action (in law and/or equity) and the right to sue, counterclaim, recover and collect and retain any proceeds for past, present, and future infringement, misappropriation, or dilution of the rights assigned to Assignee, and all other rights corresponding thereto throughout the respective countries where Assignor holds rights in the Assigned Trademarks, to be held and enjoyed by Assignee for its own use and benefit and for the use and benefit of its successors, assigns and legal representatives, to be held, used and enjoyed as fully and entirely as said rights would have been held and enjoyed by Assignor had this assignment not been made.

2. Use of Assigned Trademarks. Assignor, as of the Effective Date, agrees to cease using the Assigned Trademarks and further agrees, without further consideration, to cause to be performed such lawful acts and to execute such further documents regarding the rights assigned, transferred and sold herein, as reasonably requested by Assignee or its successors or assigns.

3. Further Assurances. Assignor covenants and agrees that, from time to time after the delivery of this Assignment, Assignor shall, promptly upon reasonable request and for no additional consideration, but at no cost to Assignor make, sign, execute, acknowledge, deliver, undertake and cause to be done such further instruments, actions, conveyances, transfers, assignments, powers of attorney and assurances, and

1

take such other actions as may reasonably be requested by the Assignee or its counsel in order more effectively to convey, transfer, assign and vest in the Assignee in any jurisdiction

4. <u>Attorney-In-Fact</u>. Assignor hereby constitutes and appoints Assignee, its successors and assigns, Assignor's true and lawful attorney and attorneys, with full power of substitution, in Assignor's name and stead, but on behalf of and for the benefit of Assignee, its successors and assigns, from time to time, to institute and prosecute in Assignor's name, or otherwise, at the expense and for the benefit of Assignor, its successor and assigns, any and all proceedings at law, in equity or otherwise, which Assignee, its successor or assigns, may deem proper for the collection and enforcement of any claim or right of any kind hereby contributed, conveyed, transferred, assigned and delivered, or intended so to be, and to do all reasonable acts and things in relation to this Assignment, including, without limitation, all documents necessary to record in the name of Assignee the assignment of the Assigned Trademarks with the United States Patent & Trademark Office, and with respect to any foreign rights, with any other appropriate trademark office or registrar. Assignor hereby declares that the foregoing powers are coupled with an interest and are and shall be irrevocable by Assignor in any manner or for any reason whatsoever.

5. <u>Amendment.</u> This Assignment may not be amended, modified, waived, or terminated except in a writing signed by all Parties.

6. <u>Binding Effect.</u> This Assignment shall be binding upon and inure to the benefit of the Parties and their respective successors and permitted assigns.

7. <u>Governing Law.</u> This Assignment shall be governed by, enforced under and construed in accordance with the laws of the State of New York, regardless of the laws that might otherwise govern under applicable principles of conflicts of laws, and the applicable federal laws of the United States of America pursuant to Title 15 of the United States Code.

8. <u>Execution.</u> This Assignment may be executed by facsimile, scanned and emailed or other electronic signatures and in counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same agreement.

9. <u>Authorization.</u> Assignor hereby requests and authorizes the Commissioner of Patents and Trademarks, in the United States Patent and Trademark Office, and any other empowered governmental official in the United States and/or in the relevant jurisdictions outside the United States, to record and/or register this Assignment and to record and/or register Assignee as the assignee and owner of the Assigned Trademarks.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the parties have caused this Assignment to be duly executed as of date first above written.

**ASSIGNOR:**

Snow Joe, LLC

By: _____
Name:
Title:

**ASSIGNEE:**

Weather Brands LLC

By: _____
Name:
Title:

*[Signature Page to Trademark Assignment]*

6947695 v2

IN WITNESS WHEREOF, the parties have caused this Assignment to be duly executed as of date first above written.

**ASSIGNOR:**

**Snow Joe, LLC**

By: _____
Name:
Title:

**ASSIGNEE:**

**Weather Brands LLC**

By: _____
Name:
Title:

*[Signature Page to Trademark Assignment]*

6947695 v2

**TRADEMARK
REEL: 008411 FRAME: 0369**

## Exhibit A

Assigned Trademarks

(Trademarks and Domain Names in the United States)

| Trademark Name | Country Name | Application Number | Filing Date | Registration Number | Registration Date |
|---|---|---|---|---|---|
| #FINDYOURBLISS | United States of America | 87228810 | Nov. 07, 2016 | 5222827 | 13-Jun-2017 |
| AQUA JOE | United States of America | 85897821 | 08-Apr-2013 | 5095706 | 06-Dec-2016 |
| AUTO JOE | United States of America | 88711719 | 02-Dec-2019 | 6782806 | 05-Jul-2022 |
| AUTO JOE | United States of America | 97121433 | 12-Nov-2021 | 6768188 | 21-Jun-2022 |
| BEST IN SNOW | United States of America | 86854369 | 18-Dec-2015 | 5138778 | 07-Feb-2017 |
| BLISS HAMMOCKS | United States of America | 87583889 | Aug. 25, 2017 | 5423461 | 13-Mar-2018 |
| BLISS HAMMOCKS design | United States of America | 77467328 | 6-May-08 | 3553500 | 30-Dec-2008 |
| BLISS OUTDOORS | United States of America | 90751502 | 03-Jun-2021 | | |
| BLISS OUTDOORS | United States of America | 90977746 | 29-Jun-2022 | 6841062 | 06-Sep-2022 |
| BLUE HEAT SNOW AND ICE MELTER | United States of America | 86834981 | Dec. 01, 2015 | 5000400 | 12-Jul-2016 |
| CHOOSE YOUR COVERAGE | United States of America | 88952712 | 08-Jun-2020 | 6412690 | 06-Jul-2021 |
| CUT THE CORD | United States of America | 86247117 | 09-Apr-2014 | 5091571 | 29-Nov-2016 |
| ECOSHARP | United States of America | 86134803 | 04-Dec-2013 | 4567726 | 15-Jul-2014 |
| FIBERJACKET | United States of America | 87939709 | 29-May-2018 | 5699325 | 12-Mar-2019 |
| FIND YOUR BLISS | United States of America | 87234234 | Nov. 11, 2016 | 5223138 | 13-Jun-2017 |
| FROSTY'S NIGHTMARE | United States of America | 90043666 | Jul. 09, 2020 | 6205899 | 24-Nov-2020 |
| GET EQUIPPED | United States of America | 76622792 | 01-Dec-2004 | 3237801 | 01-May-2007 |
| GO WITH JOE | United States of America | 86463641 | 24-Nov-2014 | 5124859 | 17-Jan-2017 |
| HAMMOCK IN A BAG | United States of America | 87511097 | Jun. 29, 2017 | 5724586 | 16-Apr-2019 |
| ICE BLASTER SNOW AND ICE MELTER | United States of America | 88606071 | Sep. 05, 2019 | 6365163 | 25-May-2021 |

6947695 v2

TRADEMARK
REEL: 008411 FRAME: 0370

| | | | | | |
|---|---|---|---|---|---|
| ILLUM-N-BROOM | United States of America | 86525322 | 05-Feb-2015 | 4896422 | 02-Feb-2016 |
| IONMAX | United States of America | 98018323 | 30-May-2023 | | |
| JOE'S FACTORY OUTLET | United States of America | 88714908 | 04-Dec-2019 | 6223385 | 15-Dec-2020 |
| KEEP IT GREEN | United States of America | 87028615 | 7-May-16 | 5118129 | 10-Jan-2017 |
| LET GRAVITY DO THE WORK | United States of America | 86402104 | 22-Sep-2014 | 5037056 | 06-Sep-2016 |
| MELT 2022 design | United States of America | 97307155 | 11-Mar-2022 | 7035228 | 25-Apr-2023 |
| MELT design | United States of America | 86384630 | 03-Sep-2014 | 4828556 | 06-Oct-2015 |
| MOW JOE | United States of America | 76691825 | 04-Aug-2008 | 3712389 | 17-Nov-2009 |
| PELLETS OF FIRE | United States of America | 87820620 | Mar. 05, 2018 | 5580215 | 09-Oct-2018 |
| POWER JOE | United States of America | 87387401 | 27-Mar-2017 | 5618227 | 27-Nov-2018 |
| POWER JOE | United States of America | 90200250 | 22-Sep-2020 | 6616580 | 11-Jan-2022 |
| POWERJOE design | United States of America | 97405478 | 11-May-2022 | | |
| POWERJOE design | United States of America | 97405524 | 11-May-2022 | 7036992 | 25-Apr-2023 |
| S OVAL design | United States of America | 98031833 | 07-Jun-2023 | | |
| S OVAL design | United States of America | 98034885 | 09-Jun-2023 | | |
| SNOW JOE | United States of America | 76623954 | 13-Dec-2004 | 3163228 | 24-Oct-2006 |
| SNOW JOE | United States of America | 97394277 | 04-May-2022 | 7042838 | 02-May-2023 |
| SNOW JOE and Design | United States of America | 78450101 | 13-Jul-2004 | 3223436 | 27-Mar-2007 |
| SO EASY IT'S LIKE VACUUMING | United States of America | 86463649 | 24-Nov-2014 | 5129548 | 24-Jan-2017 |
| SPRING IT AND FLING IT | United States of America | 87266624 | 13-Dec-2016 | 5336943 | 14-Nov-2017 |
| SPX3000 | United States of America | 87737236 | 28-Dec-2017 | 5529954 | 31-Jul-2018 |
| SPX3000 XTREAM | United States of America | 88768592 | 22-Jan-2020 | 6143763 | 01-Sep-2020 |
| SPX3000 XTREAM design | United States of America | 97395972 | 05-May-2022 | 7036976 | 25-Apr-2023 |
| SUN JOE | United States of America | 76697974 | 19-Jun-2009 | 3873642 | 09-Nov-2010 |
| SUN JOE | United States of America | 88952871 | 08-Jun-2020 | 6260017 | 02-Feb-2021 |

6947695 v2

TRADEMARK
REEL: 008411 FRAME: 0371

| SUN JOE | United States of America | 97342825 | 01-Apr-2022 | 7036884 | 25-Apr-2023 |
|---|---|---|---|---|---|
| SUNJOE design | United States of America | 97342519 | 01-Apr-2022 | 7036881 | 25-Apr-2023 |
| SUNJOE ION | United States of America | 86134821 | 04-Dec-2013 | 5041515 | 13-Sep-2016 |
| SUPPLYAID design | United States of America | 88853710 | 31-Mar-2020 | 6174621 | 13-Oct-2020 |
| WICKED SNOW AND ICE MELTER | United States of America | 87917477 | 11-May-18 | 5642400 | 01-Jan-2019 |
| YOU NAME IT. YOU AIM IT. GRIME IS GONE. | United States of America | 86550456 | 02-Mar-2015 | 4999292 | 12-Jul-2016 |
| BLISS OUTDOORS | United Kingdom | UK00003687023 | 27-Aug-2021 | UK00003687023 | 18-Feb-2022 |
| BLISS SOLAR | United Kingdom | UK00003687027 | 27-Aug-2021 | UK00003687027 | 27-Aug-2021 |
| POWER JOE design | United Kingdom | A0128895 | 27-Oct-2022 | 1700473 | 27-Oct-2022 |
| SUN JOE | United Kingdom | A0124443 | 02-Aug-2022 | 1674662 | |
| SUNJOE design | United Kingdom | A0124482 | 28-Jun-2022 | 1682331 | 28-Jun-2022 |
| AQUA JOE | Taiwan | 110091845 | 17-Dec-2021 | 2248516 | 01-Sep-2022 |
| SPX3000 | Saudi Arabia | 392768 | 22-Dec-2022 | 1444019593 | 19-Mar-2023 |
| SUN JOE | Saudi Arabia | 392769 | 22-Dec-2022 | 1444019594 | 19-Mar-2023 |
| SUN JOE | Saudi Arabia | 392770 | 22-Dec-2022 | 1444019595 | 19-Mar-2023 |
| POWER JOE design | Mexico | A0128895 | 27-Oct-2022 | 1700473 | 27-Oct-2022 |
| SUN JOE | Mexico | 2510809 | 27-Jun-2022 | 2399664 | 25-May-2022 |
| SUN JOE | Mexico | 2443845 | 11-Jun-2020 | 2373698 | 23-Mar-2022 |
| SUNJOE design | Mexico | 1682331 | 28-Jun-2022 | 2569280 | 06-Jul-2023 |
| POWER JOE design | Int'l Registration - Madrid Protocol Only | A0128895 | 27-Oct-2022 | 1700473 | 27-Oct-2022 |
| SUN JOE | Int'l Registration - Madrid Protocol Only | A0097384 | 11-Jun-2020 | 1557109 | 11-Jun-2020 |
| SUN JOE | Int'l Registration - Madrid Protocol Only | A0124443 | 27-Jun-2022 | 1674662 | 27-Jun-2022 |
| SUNJOE design | Int'l Registration - Madrid | A0124482 | 28-Jun-2022 | 1682331 | 28-Jun-2022 |

6947695 v2

|  | Protocol Only |  |  |  |  |
|---|---|---|---|---|---|
| SUN JOE | India | 5554314 | 27-Jun-2022 | 1674662 | 21-Nov-2023 |
| SUN JOE | India | 4521980 | 06-Jun-2020 | 4521980 | 23-Jan-2021 |
| SUNJOE design | India | 4521981 | 06-Jun-2020 | 4521981 | 03-Sep-2022 |
| SUNJOE design | India | A0124482 | 28-Jun-2022 | 1682331 | 28-Jun-2022 |
| SUPPLYAID design | India | 4653307 | 12-Sep-2020 | 4653307 | 12-Sep-2020 |
| BLISS OUTDOORS | European Union (Community) | 018542659 | 27-Aug-2021 | 018542659 | 27-Aug-2021 |
| BLISS SOLAR | European Union (Community) | 018542719 | 27-Aug-2021 | 018542719 | 27-Aug-2021 |
| POWER JOE design | European Union (Community) | A0128895 | 27-Oct-2022 | 1700473 | 27-Oct-2022 |
| SNOW JOE | European Union (Community) | 014449649 | 07-Aug-2015 | 014449649 | 17-Dec-2015 |
| SUN JOE | European Union (Community) | A0124443 | 02-Aug-2022 | 1674662 | 19-Jan-2023 |
| SUN JOE | European Union (Community) | 014449656 | 07-Aug-2015 | 014449656 | 09-Dec-2015 |
| SUNJOE design | European Union (Community) | A0124482 | 28-Jun-2022 | 1682331 | 28-Jun-2022 |
| SUN JOE | Cuba | A0097384 | 11-Jun-2020 | 1557109 | 11-Jun-2020 |
| SUN JOE | Colombia | A0097384 | 11-Jun-2020 | 1557109 | 11-Jun-2020 |
| AQUA JOE | China (People's Republic) | 54448759 | 18-Mar-2021 | 54448759 | 07-Nov-2022 |
| AQUA JOE | China (People's Republic) | 57743247 | 16-Jul-2021 | 57743247 | 06-Dec-2022 |
| SNOW JOE | China (People's Republic) | 24542873 | 08-Jun-2017 | 24542873 | 14-Jun-2018 |
| SNOW JOE | China (People's Republic) | 24542872 | 08-Jun-2017 | 24542872 | 14-Jun-2018 |
| SNOW JOE | China (People's Republic) | 24542871 | 08-Jun-2017 | 24542871 | 14-Jun-2018 |
| SNOW JOE | China (People's Republic) | 24542870 | 08-Jun-2017 | 24542870 | 14-Jun-2018 |

6947695 v2

| | | | | | |
|---|---|---|---|---|---|
| SNOW JOE | China (People's Republic) | 24542869 | 08-Jun-2017 | 24542869 | 14-Jun-2018 |
| SNOW JOE | China (People's Republic) | 24542868 | 08-Jun-2017 | 24542868 | 14-Jun-2018 |
| SNOW JOE | China (People's Republic) | 24542867 | 08-Jun-2017 | 24542867 | 14-Jun-2018 |
| SUN JOE (Class 21) | China (People's Republic) | 24542879 | 08-Jun-2017 | 24542879 | 21-Jun-2019 |
| SUN JOE (Class 7) | China (People's Republic) | 24542875 | 08-Jun-2017 | 24542875 | 21-Jun-2019 |
| SUN JOE (Class 8) | China (People's Republic) | 24542876 | 08-Jun-2017 | 24542876 | 21-Jun-2019 |
| SUN JOE (Class 9) | China (People's Republic) | 24542877 | 08-Jun-2017 | 24542877 | 21-Jun-2019 |
| SUN JOE in Class 9 (Re-filing of additional Goods) | China (People's Republic) | 37768274 | 24-Apr-2019 | 37768274 | 21-Aug-2020 |
| SUPPLYAID | China (People's Republic) | 62123607 | 13-Jan-2022 | 62123607 | 27-Jul-2022 |
| SUPPLYAID | China (People's Republic) | 62133860 | 13-Jan-2022 | 62133860 | 27-Jul-2022 |
| SUPPLYAID | China (People's Republic) | 62142106 | 13-Jan-2022 | 62142106 | 27-Jul-2022 |
| SUPPLYAID | China (People's Republic) | 62142115 | 13-Jan-2022 | 62142115 | 27-Jul-2022 |
| AQUA JOE | Canada | 2122773 | 23-Jul-2021 | | |
| AUTO JOE | Canada | 2122957 | 26-Jul-2021 | | |
| BLISS HAMMOCKS | Canada | 2122956 | 26-Jul-2021 | | |
| BLISS OUTDOORS | Canada | 2128990 | 24-Aug-2021 | | |
| BLISS SOLAR | Canada | 2128992 | 24-Aug-2021 | | |
| IONMAX | Canada | 2280737 | 13-Sep-2023 | | |
| POWER JOE | Canada | 2087530 | 25-Feb-2021 | TMA1183852 | 07-Jun-2023 |
| SNOW JOE | Canada | 1399851 | 06-Jun-2008 | TMA808314 | 04-Oct-2011 |
| SNOW JOE (BroaderAddtional Goods) | Canada | 1748374 | 30-Sep-2015 | TMA967148 | 30-Mar-2017 |
| SPX3000 XTREAM design | Canada | 2185363 | 12-May-2022 | | |
| SUN JOE | Canada | 2200811 | 27-Jun-2022 | 1674662 | |

6947695 v2

TRADEMARK
REEL: 008411 FRAME: 0374

| SUN JOE | Canada | 2058972 | 11-Jun-2020 | TMA1160197 | 11-Jan-2023 |
| SUN JOE | Canada | 1748373 | 30-Sep-2015 | TMA959961 | 11-Jan-2017 |
| SUNJOE design | Canada | 2209765 | 28-Jun-2022 | 1682331 | 28-Jun-2022 |
| SUPPLYAID design | Canada | 2051141 | 11-Sep-2020 | | |
| SUN JOE | Brazil | 1557109 | 11-Jun-2020 | 501557109 | 11-Jun-2020 |

6947695 v2