# Exhibit D











































