# Exhibit E

Case 1:25-cv-02423-DLC    Document 1-5    Filed 03/24/25    Page 2 of 2

