# Exhibit F

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

### Entity Details

**ENTITY NAME:** BLUE MINERAL LLC
**DOS ID:** 5650145
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 11/04/2019
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 11/04/2019
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** ROCKLAND
**NEXT STATEMENT DUE DATE:** 11/30/2021
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

#### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** MOSHE WECHSLER
**Address:** 777 CHESTNUT RIDGE RD, SUITE 301, SPRING VALLEY, NY, UNITED STATES, 10977

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

#### Chief Executive Officer's Name and Address

**Name:**
**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:**

**Address:**

### Entity Primary Location Name and Address

**Name:**

**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|



Agencies  App Directory  Counties  Events  Programs  Services