# Exhibit G

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Assumed Name History

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** BLUE MINERALS
**DOS ID:** 5720645
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:**
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 12/09/2020
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 12/09/2020
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:**
**COUNTY:** ALL COUNTIES
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:**
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | **ASSUMED NAME HISTORY**

Search

| File Date | Assumed Name | Assumed Name ID | Status | Principal Location |
|---|---|---|---|---|
| 12/09/2020 | BLUE MINERALS | 582719 | Active | |

Rows per page: 5    1-1 of 1



Agencies App Directory Counties Events Programs Services