# Exhibit H

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

Entity Information

Return to Results  Return to Search

## Entity Details

**ENTITY NAME:** NORTHROCK MANAGEMENT LLC
**DOS ID:** 5720645
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/03/2020
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:**
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** ROCKLAND
**NEXT STATEMENT DUE DATE:** 03/31/2026
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** MOSHE WECHSLER
**Address:** 777 CHESTNUT RIDGE RD, SUITE 301, CHESTNUT RIDGE, NY, UNITED STATES, 10977

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**

**Address:**

## Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|



Agencies  App Directory  Counties  Events  Programs  Services