# Exhibit I


