# Exhibit J

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 97602519
Filing Date: 09/22/2022

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| MARK INFORMATION | |
| *MARK | Flakes of Fire |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Flakes of Fire |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Blue Mineral Corporation |
| INTERNAL ADDRESS | Suite 203 |
| *MAILING ADDRESS | 100 Cedarhurst Ave |
| *CITY | Cedarhurst |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 11516 |
| PHONE | 845-222-6222 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | New Jersey |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| *INTERNATIONAL CLASS | 001 |

| | |
|---|---|
| *IDENTIFICATION | Chemical preparations for melting snow and ice |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/01/2014 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/01/2014 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT18\976\025\97602519\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | Calcium Chloride Flake |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| ADDITIONAL STATEMENTS INFORMATION | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| CORRESPONDENCE INFORMATION | |
| NAME | Blue Mineral Corporation |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | BARRY@DARTSP.COM |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | info@bluemineral.com |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| SIGNATURE INFORMATION | |
| * SIGNATORY FILE | \\TICRS\EXPORT18\IMAGEOUT18\976\025\97602519\xml1\ FTK0004.JPG |
| * SIGNATORY'S NAME | Barry Wachsler |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 845-222-6222 |
| SIGNATURE METHOD | Handwritten |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 97602519**
**Filing Date: 09/22/2022**

## To the Commissioner for Trademarks:

**MARK:** Flakes of Fire (Standard Characters, see below )

The literal element of the mark consists of Flakes of Fire. The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Blue Mineral Corporation, a corporation of New Jersey, having an address of
   Suite 203
   100 Cedarhurst Ave
   Cedarhurst, New York 11516
   United States
   845-222-6222(phone)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 001:  Chemical preparations for melting snow and ice

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 001, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 09/01/2014, and first used in commerce at least as early as 12/01/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Calcium Chloride Flake.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided


The applicant's current Correspondence Information:
   Blue Mineral Corporation
    PRIMARY EMAIL FOR CORRESPONDENCE: BARRY@DARTSP.COM
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): info@bluemineral.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

**Declaration Signature** The attached signature image file:
\\TICRS\EXPORT18\IMAGEOUT18\976\025\97602519\xml1\FTK0004.JPG


Signatory's Name: Barry Wachsler
Signatory's Position: Owner
Signatory's Phone Number: 845-222-6222
Signature method: Handwritten
Payment Sale Number: 97602519
Payment Accounting Date: 09/22/2022

Serial Number: 97602519
Internet Transmission Date: Thu Sep 22 14:12:36 ET 2022
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XX-2022092214123906
1307-97602519-82055772e1ea18c016ef536445
2ed17173e51c6afb14f4b5a9d7e781384c2547-C
C-12370715-20220922133458911214

# Flakes of Fire

