# Exhibit K

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98209553**
**Filing Date: 10/04/2023**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98209553 |
| MARK INFORMATION | |
| *MARK | [Blue Fire Snow and Ice Melter](#) |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Blue Fire Snow and Ice Melter |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Blue Mineral Corporation |
| INTERNAL ADDRESS | 100 Cedarhurst Ave - Suite 203 |
| *MAILING ADDRESS | 100 Cedarhurst Ave - Suite 203 |
| *CITY | Cedarhurst |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 11516 |
| PHONE | 845-222-6222 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | New York |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 001 |
| *IDENTIFICATION | Chemical preparations for melting snow and ice |
| FILING BASIS | SECTION 1(a) |
|     FIRST USE IN COMMERCE DATE | At least as early as 10/01/2023 |
|     SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\982\095\98209553\xml1 \ APP0003.JPG |

| | |
|---|---|
| **SPECIMEN DESCRIPTION** | NO DESCRIPTION ENTERED |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Blue Mineral Corporation |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | barry@dartsp.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 350 |
| **\*TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /BARRY WACHSLER/ |
| **SIGNATORY'S NAME** | BARRY WACHSLER |
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | 845-222-6222 |
| **DATE SIGNED** | 10/04/2023 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98209553**
**Filing Date: 10/04/2023**

## To the Commissioner for Trademarks:

**MARK:** Blue Fire Snow and Ice Melter (Standard Characters, see mark)
The literal element of the mark consists of Blue Fire Snow and Ice Melter. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Blue Mineral Corporation, a corporation of New York, having an address of
   100 Cedarhurst Ave - Suite 203
   100 Cedarhurst Ave - Suite 203
   Cedarhurst, New York 11516
   United States
   845-222-6222(phone)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 001:  Chemical preparations for melting snow and ice

In International Class 001, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as _____, and first used in commerce at least as early as 10/01/2023, and is now in use in such commerce. The applicant will submit one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, .

Webpage URL: None Provided
Webpage Date of Access: None Provided


The applicant's current Correspondence Information:
   Blue Mineral Corporation
    PRIMARY EMAIL FOR CORRESPONDENCE: barry@dartsp.com     SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

### Declaration

- ☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

   - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
   - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
   - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
   - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /BARRY WACHSLER/   Date: 10/04/2023
Signatory's Name: BARRY WACHSLER
Signatory's Position: Owner
Signatory's Phone Number: 845-222-6222
Signature method: Signed directly within the form
Payment Sale Number: 98209553
Payment Accounting Date: 10/04/2023

Serial Number: 98209553
Internet Transmission Date: Wed Oct 04 15:41:59 ET 2023
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2023100415420150
8289-98209553-860156717c42bf5cd2ab9dd166
da9ed1a6ba557217cb9bb8fc55eeaa75d379e3c-
CC-41597307-20231004152703049121

# Blue Fire Snow and Ice Melter