# Exhibit L

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
ETAS ID: TM643810

| | |
|---|---|
| **SUBMISSION TYPE:** | RESUBMISSION |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |
| **RESUBMIT DOCUMENT ID:** | 900610343 |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Dart Seasonal Products Inc | | 12/28/2020 | Corporation: NEW YORK |

### RECEIVING PARTY DATA

| | |
|---|---|
| **Name:** | NorthRock Minerals LLC |
| **Street Address:** | 777 Chestnut Ridge Road, Suite 307 |
| **City:** | Chestnut Ridge |
| **State/Country:** | NEW YORK |
| **Postal Code:** | 10977 |
| **Entity Type:** | Limited Liability Company: NEW YORK |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86834981 | BLUE HEAT SNOW AND ICE MELTER |

### CORRESPONDENCE DATA

**Fax Number:** 5165693270

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 5164668311  
**Email:** bella@northrm.com  
**Correspondent Name:** Bella Wasserman  
**Address Line 1:** 777 Chestnut Ridge Road  
**Address Line 2:** Suite 307  
**Address Line 4:** Chestnut Ridge, NEW YORK 10977

| | |
|---|---|
| **NAME OF SUBMITTER:** | Moshe Wechsler |
| **SIGNATURE:** | /Moshe Wechsler/ |
| **DATE SIGNED:** | 05/03/2021 |

**Total Attachments:** 1  
source=Blue Heat Trademark#page1.tif

Best available copy

## ASSIGNMENT OF TRADEMARK

Whereas **Dot Seasonal Products Inc**
(name of assignor)

of **2 Bastile Court Woodmere NY 11598**
(address)

Owns trademark reg# **Scootle O** or application # _____

Word Mark **Tade mark**

Whereas **NorthRock Minerals LLC**
(name of assignee)

of **777 Chestnut Ridgesky Road Chestnut Ridge NY 10977**
(address) 301

Whereas, The Assignee desires to acquire from the Assignor all of Assignor's right, title and interest in and to the Trademark application and/or registration, together with the benefit of any use of the Trademark by the Assignor, and the goodwill of the business relations to the Trademark and to the wares or services associated with it, to hold unto the Assignee absolutely.

Now therefore, in consideration of the payment of one dollar ($1.00) and for good and valuable consideration, the receipt, sufficiency and adequacy of which is hereby acknowledged, the Assignor and the Assignee hereby agree as follows:

<u>Trademark Assignment</u>, the Assignor hereby sells, transfers and assigns to the Assignee, its successors and assigns, the Assignor's entire right, title and interest in and to the Trademark application and/or registrations, together with (i) the benefit of any use of the Trademark by the Assignor (ii) the goodwill of the business relations to the Trademark and to the wares or services associated with it, (iii) all income, royalties and damages hereafter due or payable to Assignor with respect to the Trademark(s) to hold unto the Assignee absolutely.

_[signature]_
(Signature of assignor)

**12/25/20**
Date of Execution

**Vice President**
Name and Title of Signatory
if assignor is a corporation