# Exhibit M

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  ETAS ID: TM744746
Stylesheet Version v1.2

| SUBMISSION TYPE: | CORRECTIVE ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Corrective Assignment to correct the clerical error in the registration number listed in the assignment document previously recorded on Reel 007256 Frame 0898. Assignor(s) hereby confirms the conveyance to Assignee of all right, title and interest in US Trademark Registration No. 5,580,215 and the associated goodwill. |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Dart Seasonal Products Inc. | | 07/29/2022 | Corporation: NEW YORK |

## RECEIVING PARTY DATA

| Name: | NORTHROCK MINERALS LLC |
|---|---|
| Street Address: | 777 Chestnut Ridge Road |
| Internal Address: | Suite 301 |
| City: | Chestnut Ridge |
| State/Country: | NEW YORK |
| Postal Code: | 10977 |
| Entity Type: | Limited Liability Company: NEW YORK |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5580215 | PELLETS OF FIRE |

## CORRESPONDENCE DATA

Fax Number: 8453626111

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 8453626100
Email: jbaldinger@weissarons.com
Correspondent Name: Jacob Baldinger
Address Line 1: 63 South Main Street
Address Line 4: Spring Valley, NEW YORK 10977

| ATTORNEY DOCKET NUMBER: | 389-002 |
|---|---|
| NAME OF SUBMITTER: | Jacob Baldinger |
| SIGNATURE: | /Jacob Baldinger/ |
| DATE SIGNED: | 07/31/2022 |

Total Attachments: 2
source=Corrective_Assignment_Reg_No_5580215_Pellets_of_Fire_SIGNED#page1.tif

OP $40.00 5580215

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

ETAS ID: TM640168

| SUBMISSION TYPE: | RESUBMISSION |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |
| RESUBMIT DOCUMENT ID: | 900598583 |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Dart seasonal Products Inc | | 12/28/2020 | Corporation: NEW YORK |

### RECEIVING PARTY DATA

| Name: | NorthRock Minerals LLC |
|---|---|
| Street Address: | 777 Chestnut Ridge Road, Suite 307 |
| City: | Chestnut Ridge |
| State/Country: | NEW YORK |
| Postal Code: | 10977 |
| Entity Type: | Limited Liability Company: NEW YORK |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87820620 | PELLETS OF FIRE |

### CORRESPONDENCE DATA

| Fax Number: | 5165693270 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 5165697669 |
|---|---|
| Email: | bella@northrm.com |
| Correspondent Name: | Dart Seasonal Products Inc |
| Address Line 1: | 100 Cedarhurst Ave |
| Address Line 2: | Suite 203 |
| Address Line 4: | Cedarhurst, NEW YORK 11516 |

| NAME OF SUBMITTER: | Moshe Wechsler |
|---|---|
| SIGNATURE: | /Moshe Wechsler/ |
| DATE SIGNED: | 04/19/2021 |

**Total Attachments:** 1  
source=Pellets- Tradmark#page1.tif

## ASSIGNMENT OF TRADEMARK

Whereas _____Dart Seasonal Products Inc_____
(name of assignor)

of __100 Cedarhurst Ave Ste 202  Cedarhurst NY 11516__
(address)

Owns trademark reg# ~~5580215~~ 5580215 or application # _____

 7/29/2022

Word Mark _____Trademark_____

Whereas __North Rock Minerals LC__
(name of assignee)

of __777 Chestnut Ridge Ave Chestnut Ridge NY 10977__
(address)

Whereas, The Assignee desires to acquire from the Assignor all of Assignor's right, title and interest in and to the Trademark application and/or registration, together with the benefit of any use of the Trademark by the Assignor, and the goodwill of the business relations to the Trademark and to the wares or services associated with it, to hold unto the Assignee absolutely.

Now therefore, in consideration of the payment of one dollar ($1.00) and for good and valuable consideration, the receipt, sufficiency and adequacy of which is hereby acknowledged, the Assignor and the Assignee hereby agree as follows:

<u>Trademark Assignment</u>, the Assignor hereby sells, transfers and assigns to the Assignee, its successors and assigns, the Assignor's entire right, title and interest in and to the Trademark application and/or registrations, together with (i) the benefit of any use of the Trademark by the Assignor (ii) the goodwill of the business relations to the Trademark and to the wares or services associated with it, (iii) all income, royalties and damages hereafter due or payable to Assignor with respect to the Trademark(s) to hold unto the Assignee absolutely.

_____
(Signature of assignor):

12/28/20
Date of Execution

Vice President
Name and Title of signatory
if assignor is a corporation

DocuSigned by:
_____
4FB23DD809BF48F...
Moshe Wechsler

Owner, Dart Seasonal Products Inc.

7/29/2022