# Exhibit P

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, October 25, 2023 06:10 PM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark SN 97602519 |

OFFICIAL USPTO NOTICE OF ABANDONMENT

**TRADEMARK APPLICATION ABANDONED FAILURE TO TIMELY RESPOND TO OFFICE ACTION**

**U.S. Application Serial No.** 97602519
**Mark:**  FLAKES OF FIRE
**Owner:**  Blue Mineral Corporation
**Docket/Reference No.**

**Issue Date:**  October 25, 2023

**The application above is abandoned** because we did not receive your response to the previous Office action by the response deadline.

If you did not receive the Office action or if the delay in filing your response was unintentional, you can file a Petition to Revive Abandoned Application - Failure to Respond Timely to Office Action form. **You must file the petition within two months of the "Issue Date" of this notice.**

**The petition must include the following:**

   (1) A signed statement by someone with firsthand knowledge of the facts, stating that the delay in responding by the response deadline was unintentional;

   (2) A complete response to the Office action, if the Office action was received, which is presumed if the applicant filed an extension of time to respond; otherwise, if the Office action was not received, a clear statement of this fact;

   (3) A petition fee; and

   (4) If applicable, the fee for an extension of time to respond.

If you have proof that the application was abandoned due to USPTO error, you can file a Request for Reinstatement of the application and include the proof (such as a copy of an email confirmation issued by the USPTO that includes the date of receipt and a summary of the online submission). You must file the request **within two months of the "Issue Date" of this notice**. There is no fee for this request.

**For more information**, visit the USPTO's webpages on petitions and responding to office actions.

**Direct questions** about this notice, filing a petition, or filing a request for reinstatement to the Trademark Assistance Center at 1-800-786-9199 (select option 1) or at TrademarkAssistanceCenter@uspto.gov.

**View this notice** and other documents for this application in the Trademark Status and Document Retrieval (TSDR) database.