PRACTUS

CHRIS COLVIN, Partner
chris.colvin@practus.com
543 E. 17th Street
Brooklyn, NY 11226
(212) 619-5378

May 23, 2025

**VIA ECF**

Hon. Denise Cote, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

Re:   *Weather Brands LLC v. Blue Mineral LLC, et. al.,*
        Southern District of New York – Case No. 1:25-cv-02423-DLC

Dear Judge Cote,

      We represent Plaintiff Weather Brands LLC ("Plaintiff" or "Weather Brands") in this action. We write regarding your May 22, 2025, Order (Dkt. 23, the "Order"), ordering the filing of proofs of service on defendants and scheduling an initial pretrial conference for June 26, 2025.

      With regard to defendants Blue Mineral Corporation and Barry Wachsler, the proofs of service were filed earlier today (*see* Dkts. 24 and 25). Numerous attempts have been made to serve the remaining defendants, and those attempts have not yet been successful.

      With regard to the scheduling of the initial pretrial conference, the undersigned lead counsel for Weather Brands will be travelling overseas on a previously-scheduled trip on June 26th, will be returning on the evening of June 29th and anticipates the need to spend June 30th catching up on work matters and preparing for the initial pretrial conference. Accordingly, we respectfully request that the Court reschedule the initial pretrial conference for July 1, 2025 or the first available date thereafter at Your Honor's convenience. This is Plaintiff's first request for a rescheduling of the initial pretrial conference.

      We have conferred with counsel for Blue Mineral Corporation and Mr. Wachsler and they consent to our request to reschedule the initial pretrial conference.

Respectfully submitted,

*/s/ Christopher A. Colvin*

Christopher A. Colvin
Partner
Practus LLP
Attorneys for Plaintiff Weather Brands LLC