```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WEATHER BRANDS LLC,                      :
                                         :
                         Plaintiff,      :    25cv2423 (DLC)
            -v-                          :
                                         :        ORDER
BLUE MINERAL CORPORATION, et al.,        :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 21, 2025, defendants filed a motion to dismiss the plaintiff's original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P.  An Order of June 23 directed the plaintiff to file any amended complaint by July 21 and alerted the plaintiff that it would likely not have another opportunity to amend.  The plaintiff filed an amended complaint on July 21.  Accordingly, it is hereby

ORDERED that the defendants' June 21 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **August 8, 2025**
- Opposition served by **August 22, 2025**
- Reply served by **August 29, 2025**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 21, 2025

                                    _____
                                              DENISE COTE
                                    United States District Judge