UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WEATHER BRANDS LLC,                   :
                                      :
                    Plaintiff,        :        25cv2423 (DLC)
          -v-                         :
                                      :        ORDER
BLUE MINERAL CORPORATION, et al.,     :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     On August 8, 2025, defendants filed a motion to dismiss the

plaintiff's amended complaint in this action pursuant to Rule

12(b)(6), Fed. R. Civ. P.  The motion became fully submitted on

August 29.  It is hereby

     ORDERED that the parties shall appear for a conference on

**December 11, 2025** at **3:30 p.m.** in Courtroom 18B, United States

Courthouse, 500 Pearl Street, New York, NY 10007.

     IT IS FURTHER ORDERED that the parties shall, in advance of

the December 11 conference, conduct a Rule 26(f) conference and

submit a proposed schedule for discovery no later than **December

10, 2025.**

Dated:    New York, New York
          December 4, 2025

                              _____
                                   DENISE COTE
                              United States District Judge