UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                  :

WEATHER BRANDS LLC,            :

                      :

                Plaintiff,    :       25cv2423 (DLC)
        -v-                  :

                      :          ORDER

BLUE MINERAL CORPORATION, et al.,  :

                      :

              Defendants.   :

                      :

------------------------------------- X

DENISE COTE, District Judge:

Pursuant to an Order of December 4, 2025, a conference was held on December 11 regarding defendants' motion to dismiss. For the reasons described on the record at the December 11 conference, it is hereby

ORDERED that defendants' June 21, 2025 motion to dismiss is denied.

Dated:     New York, New York
           December 11, 2025

                                    _____
                                        DENISE COTE
                           United States District Judge