```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :        25cv2423 (DLC)
WEATHER BRANDS LLC,                        :
                                           :          PRETRIAL
                          Plaintiff,       :      SCHEDULING ORDER
            -v-                            :
                                           :
BLUE MINERAL CORPORATION, et al.,          :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on December 11, 2025, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by January 9, 2026.

2. No additional parties may be joined or pleadings amended after January 16, 2026.

3. The parties are instructed to contact the chambers of Magistrate Judge Cave prior to December 19, 2025 in order to schedule settlement discussions under her supervision to occur in **March 2026.**

4. All fact discovery must be completed by May 29, 2026.

5. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by June 12, 2026. Identification of rebuttal experts and disclosure of their expert testimony must occur by July 17, 2026.

6. All expert discovery must be completed by August 14, 2026.

7. The following motion will be served by the dates indicated below.

Any motion for summary judgment:

- Motion served by September 18, 2026
- Opposition served by October 9, 2026
- Reply served by October 23, 2026

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

8. In the event no motion for summary judgment is filed, the Joint Pretrial Order must be filed by September 18, 2026.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:

Dated:    New York, New York
          December 11, 2025

DENISE COTE
United States District Judge

2