UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
WEATHER BRANDS LLC,                       :        25cv2423 (DLC)
                                          :
                          Plaintiff,      :        ORDER
          -v-                             :
                                          :
BLUE MINERAL CORPORATION, et al.,         :
                                          :
                          Defendants.     :
---------------------------------------- X

DENISE COTE, District Judge:

On April 8, 2026, All Season Power LLC filed a motion to intervene as a co-plaintiff pursuant to Rule 24, Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that any responses to the April 8 motion are due **April 24, 2026.** Any reply is due **May 1.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          April 9, 2026

                                    _____
                                          DENISE COTE
                              United States District Judge