UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEATHER BRANDS LLC,

                        Plaintiff,

     -v-                                              CIVIL ACTION NO.: 25 Civ. 2423 (DLC) (SLC)

                                                                    **ORDER**

BLUE MINERAL LLC, et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the discussion at the telephonic status conference held today, April 16, 2026,

a telephonic conference on the status of settlement discussions is scheduled for **Thursday, May**

**14, 2026 at 10:00 a.m. ET** on the Court's conference line.  The parties are directed to call 1-855-

244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:        New York, New York
              April 16, 2026

                                SO ORDERED.

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**