UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                 :

WEATHER BRANDS LLC,               :

                       :

               Plaintiff,   :       25cv2423 (DLC)
       -v-               :

                       :        ORDER

BLUE MINERAL CORPORATION, et al.,   :

                       :

             Defendants.  :

                       :
------------------------------------ X

DENISE COTE, District Judge:

    Having received the parties' letters of May 6, 7, and 8,
2026 regarding discovery disputes, it is hereby

    ORDERED that a telephone conference is scheduled for **May
12, 2026** at **2:30 p.m.**  The parties shall use the following dial-
in credentials for the telephone conference:

        Dial-in:     1-855-244-8681
        Access Code:  2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
         May 11, 2026

                            _____
                             DENISE COTE
                 United States District Judge