UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X

WEATHER BRANDS LLC,                    :        25cv2423 (DLC)
                                       :
                        Plaintiff,     :        ORDER
           -v-                         :
                                       :
BLUE MINERAL CORPORATION, et al.,      :
                                       :
                        Defendants.    :
-------------------------------------- X

DENISE COTE, District Judge:

On April 8, 2026, All Season Power LLC filed a motion to intervene as a co-plaintiff pursuant to Rule 24(b)(1)(B), Fed. R. Civ. P.  The motion became fully submitted on May 1.  Having reviewed the April 8 motion to intervene pursuant to Rule 24(b)(1)(B), it is hereby

ORDERED that All Season Power LLC's April 8, 2026 motion to intervene is granted.

Dated:     New York, New York
           May 11, 2026

                                   _____
                                   DENISE COTE
                                   United States District Judge