UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WEATHER BRANDS LLC,                   :
                                      :
                         Plaintiff,   :        25cv2423 (DLC)
            -v-                       :
                                      :             ORDER
BLUE MINERAL CORPORATION, et al.,     :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

A telephone conference was held on May 12, 2026 at 2:30 p.m. regarding discovery disputes in the above-captioned matter. For the reasons stated on the record, it is hereby

ORDERED that the parties, including defendant Blue Mineral's document custodian, shall appear for a conference on **May 14, 2026** at **2:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           May 12, 2026

                              _____
                              DENISE COTE
                              United States District Judge