UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEATHER BRANDS LLC,

                        Plaintiff,

        -v-                                                    CIVIL ACTION NO.: 25 Civ. 2423 (DLC) (SLC)

                                                                              **ORDER**

BLUE MINERAL LLC, et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        As the Court has scheduled a discovery conference with the parties on May 14, 2026 (Dkt.

No. 85), the telephonic conference to discuss settlement on May 14, 2026 at 10:00 a.m. ET is

ADJOURNED to **Tuesday, May 26, 2026 at 11:00 a.m. ET** on the Court's conference line.  The

parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:        New York, New York
              May 13, 2026

                                SO ORDERED.


                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**