UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WEATHER BRANDS LLC,                      :
                                         :
                         Plaintiff,      :         25cv2423 (DLC)
              -v-                         :
                                         :              ORDER
BLUE MINERAL CORPORATION, et al.,        :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On May 14, 2026, a conference was held regarding the parties' discovery disputes.  For the reasons stated on the record, it is hereby

ORDERED that, should one be necessary after the parties meet and confer, a telephone conference is scheduled for **May 20, 2026** at **11:00 a.m.** to discuss only the email and text search terms to be utilized by the defendants during discovery.  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       1-855-244-8681
        Access Code:   2312 042 2648

The parties shall use a landline if one is available.  The parties shall also inform the Court no later than **May 20, 2026** at **9:00 a.m.** if such a conference is not necessary.

IT IS FURTHER ORDERED that the defendants shall complete document production, with the exception of emails and texts, by **May 19, 2026**; defendants' email and text production must be

completed by **June 5, 2026.**

IT IS FURTHER ORDERED that the fact discovery cut-off is extended from May 21, 2026 to **July 10, 2026.**

IT IS FURTHER ORDERED that all parties, including intervenor-plaintiff All Season Power LLC, shall appear for a conference on **July 10, 2026** at **12:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.  At that conference, a schedule for the completion of the litigation will be set.

Dated:    New York, New York
          May 15, 2026

_____
          DENISE COTE
United States District Judge

2