```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WEATHER BRANDS LLC,                      :
                                         :
                         Plaintiff,      :        25cv2423 (DLC)
             -v-                         :
                                         :            ORDER
BLUE MINERAL CORPORATION, et al.,        :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 10, 2026, the plaintiff submitted a letter motion for Rule 37(b)(2)(A) sanctions against defendants on the basis that defendants failed to meet the May 19 and June 5 discovery deadlines set forth in an Order of May 15, 2026.  For the reasons stated on the record during the June 11 telephone conference, it is hereby

ORDERED that defendants shall complete all document production, including the transaction data from Quickbooks, emails, and text messages, by **June 25, 2026.**

IT IS FURTHER ORDERED that plaintiff's letter motion for sanctions is denied without prejudice to renewal no later than **July 10, 2026.**  In the event that plaintiff renews its sanctions motion by July 10, defendants shall file any opposition by **July**

24. Any reply shall be filed by **July 31**.

Dated:    New York, New York
          June 11, 2026

                              _____
                              DENISE COTE
                              United States District Judge

2