UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

                                          :

WEATHER BRANDS LLC,                       :

                                          :

                          Plaintiff,      :        25cv2423 (DLC)

        -v-                               :

                                          :              ORDER

BLUE MINERAL CORPORATION, et al.,         :

                                          :

                          Defendants.     :

                                          :

---------------------------------------- X

DENISE COTE, District Judge:

On June 10, 2026, the plaintiff submitted a letter motion requesting that the Court authorize alternative methods of service of a third-party subpoena upon Ecoplast, a company that provides packaging design and production services to all parties in this matter.  For the reasons stated on the record during the June 11 telephone conference, it is hereby

ORDERED that plaintiff's June 10, 2026 request is granted. Plaintiff may effect service of a third-party subpoena on Ecoplast via email with confirmation by telephone.

Dated:    New York, New York
          June 11, 2026

                          _____
                              DENISE COTE
                          United States District Judge