Case 1:25-cv-02423-DLC Document 107 Filed 07/08/26 Page 1 of 1

GS2LAW

Michael Steinmetz
225 Broadway, 37th Floor
New York, NY 10007
Tel. + 1 212.380.3623
ms@gs2law.com

***Via ECF***

July 8, 2026

Hon. Denise L. Cote
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Denied. The conference will proceed in person, as scheduled. Denise Cote 7/8/26

**Re:** *Weather Brands LLC v. Blue Mineral Corporation, et al.*, No. 1:25-cv-02423 (DLC),
**Defendants' Request for Remote Appearance at July 10 Conference**

Dear Judge Cote:

This firm represents the Defendants in this matter. We respectfully request that the in person status conference, currently scheduled for July 10, 2026, proceed by telephone or video[1]. *See* ECF No. 87. Lead counsel for Defendants, will be in upstate New York with his family on July 10 and is the attorney principally responsible for the recent discovery conferences, meet-and-confers, and discovery issues that will bear directly on the schedule to be set at the conference.

Further, the July 10 conference is expected to set the schedule for the remainder of the case, but meaningful scheduling is difficult while discovery remains incomplete. Notably, Intervenor-Plaintiff All Season Power LLC ("ASP") has not produced any document discovery, despite entering the case on the premise that it possessed information and documents Plaintiff Weather Brands LLC could not provide, and would not extend the case schedule. ASP did not consent to this request. Plaintiff All Weather Brands has similarly not produced any search results since counsel discussed key word searches, and did not respond to multiple requests for consent.

Per Your Honor's Individual Rules and Practices, this letter-motion is made more than 48 hours before the scheduled appearance, Defendants have made no prior request to adjourn this conference; and the requested adjournment or remote appearance would not alter any existing deadline or prejudice any party.

Accordingly, Defendants respectfully request that the Court permit the conference to proceed by telephone or video or, in the alternative, adjourn the July 10 status conference, so that the parties may address a schedule for completing discovery and the remaining litigation.

Respectfully submitted,
*/s/ Michael M. Steinmetz*

[1] If the Court prefers not to proceed by telephone or video, Defendants respectfully request a three week adjournment to give Intervenor and Plaintiff time to produce documents, and Defendants to review them.