UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

WEATHER BRANDS LLC, and

    *Plaintiff,*

ALL SEASON POWER LLC,

    *Intervenor-Plaintiff,*

  -against-

BLUE MINERAL CORPORATION,
BARRY WACHSLER and JOHN DOES 1-10,

    *Defendants.*

-------------------------------------------------------------------x

Civil Case No. 25-cv-2423-DLC

### NOTICE OF MOTION FOR LEAVE TO FILE
### FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Affirmation of Michael M. Steinmetz, the complete proposed First Amended Answer, Affirmative Defenses, and Counterclaims, the comparison required by Local Civil Rule 15.1, and all prior proceedings in this action, Defendants Blue Mineral Corporation and Barry Wachsler (together, the "BMC Parties") will move this Court, at a date and time designated by the Court for an Order modifying the scheduling order to the limited extent necessary and granting the BMC Parties leave to file their proposed First Amended Answer, Affirmative Defenses, and Counterclaims. claims.

Dated: New York, New York
July 24, 2026

      **GARSON, SÉGAL, STEINMETZ,**
      **FLADGATE LLP**
      By: */s/ Michael M. Steinmetz*
      Michael M. Steinmetz
      225 Broadway, 37th Floor
      New York, New York 10007
      Tel.: (212) 380-3623
      Email: ms@gs2law.com
      *Attorneys for Defendants Blue Mineral*
      *Corporation and Barry Wachsler*

1