UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEATHER BRANDS LLC,

Plaintiff,

ALL SEASON POWER LLC,

Intervenor,

-v-

BLUE MINERAL CORPORATION, et al.,

Defendants.

25cv2423 (DLC)

ORDER

DENISE COTE, District Judge:

On July 24, 2026, defendants Blue Mineral Corporation and Barry Wachsler filed a motion for leave to file a First Amended Answer, Affirmative Defenses, and Counterclaims. Accordingly, it is hereby

ORDERED that any opposition shall be filed by **August 7, 2026**. Any reply shall be filed by **August 14**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
July 24, 2026

DENISE COTE
United States District Judge