```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WEATHER BRANDS LLC,                      :
                                         :
                        Plaintiff,       :        25cv2423 (DLC)
                                         :
ALL SEASON POWER LLC,                    :            ORDER
                                         :
                        Intervenor,      :
            -v-                          :
                                         :
BLUE MINERAL CORPORATION, et al.,        :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received plaintiff's second motion for discovery sanctions on July 29, 2026, it is hereby

ORDERED that defendants shall file any opposition by **August 7, 2026**. Any reply brief shall be filed by **August 14**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          July 30, 2026

_____
          DENISE COTE
          United States District Judge