UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEATHER BRANDS LLC,

Plaintiff,

ALL SEASON POWER LLC,

Intervenor,

-v-

BLUE MINERAL CORPORATION, et al.,

Defendants.

25cv2423 (DLC)

ORDER

DENISE COTE, District Judge:

Having received defendants' July 30, 2026 motion to strike plaintiff's second motion for sanctions dated July 29, 2026, it is hereby

ORDERED that plaintiff's July 29, 2026 motion for sanctions is stricken without prejudice to plaintiff renewing the motion at the conclusion of this litigation. The briefing schedule set forth for that motion in an Order of July 30, 2026 is vacated.

IT IS FURTHER ORDERED that All Seasons Power LLC's April 8, 2026 motion for leave to file a Second Amended Complaint is granted <u>nunc pro tunc</u>.

Dated: New York, New York
July 31, 2026

DENISE COTE
United States District Judge