UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WEATHER BRANDS LLC,                   :
                                      :
                    Plaintiff,        :        25cv2423 (DLC)
                                      :
ALL SEASON POWER LLC,                 :           ORDER
                                      :
                    Intervenor,       :
           -v-                        :
                                      :
BLUE MINERAL CORPORATION, et al.,     :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    An Order of June 24, 2025 required plaintiff Weather Brands
to file any amended complaint by July 21.  On July 21, 2025,
Weather Brands filed its First Amended Complaint ("FAC").

    On April 8, 2026, All Season Power moved to intervene and
for leave to file an attached Second Amended Complaint ("SAC").
An Order of May 11 granted the motion to intervene.  On July 24,
Weather Brands filed a SAC on behalf of itself and All Season
Power.  Earlier that same day, however, defendants had filed a
motion for leave to file an amended answer, including new
affirmative defenses and counterclaims, in response to the July
21, 2025 FAC.  An Order of July 24, 2026 set a briefing schedule
for defendants' motion for leave to file an amended answer, and
an Order of July 31 granted All Season Power's April 8, 2026
motion for leave to file a SAC nunc pro tunc.

On August 4, 2026, defendants submitted a letter asking for clarification on the operative pleading and briefing schedules. Accordingly, it is hereby

ORDERED that the SAC filed on July 24, 2026 is the operative pleading.  The Clerk of Court is directed to remove the deficiency notations on the docket dated July 24 and 27, 2026.  Defendants may respond to the SAC no later than **August 19, 2026.**

IT IS FURTHER ORDERED that defendants' July 24, 2026 motion for leave to file an amended answer is denied as moot.  The briefing schedule set forth in an Order of July 24, 2026 is vacated.

Dated:   New York, New York
         August 5, 2026

                              _____
                              DENISE COTE
                              United States District Judge

2