PRACTUS

CHRIS COLVIN, Partner
chris.colvin@practus.com
543 E. 17th Street
Brooklyn, NY 11226
(212) 619-5378

August 18, 2026

**Via ECF**

Hon. Denise Cote, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

Re: *Weather Brands LLC v. Blue Mineral Corp. et. al*; Case No. 1:25-cv-2423-DLC-SLC

Dear Judge Cote:

Plaintiff Weather Brands LLC ("Weather Brands") writes to oppose Defendants' August 17, 2026 letter (Dkt. 156) which reiterates its earlier request (Dkt. 151) to disregard portions of Weather Brands' reply in support of its first motion for sanctions. Neither letter acknowledges the Second Circuit's mandate that "sanctions must be weighed in light of the full record in the case," *Cine Forty- Second St. Theatre Corp. v. Allied Artists Pictures Corp.*, 602 F.2d 1062, 1068 (2d Cir. 1979) (citation omitted).

Defendant cannot avoid the required scrutiny of its discovery misconduct by ignoring Second Circuit case law. Nor can it avoid responsibility for its ***own actions***—a pattern of conduct which the Court and the parties have observed directly, on the record, for the last several months—by bizarrely pretending that Plaintiff "create[d] that history" (Dkt. 156, at 2). Indeed, Defendants' repeated attempts to set limits to what the Court purportedly can and cannot consider in the broad exercise of its discretion simply underscore the severity of the misconduct Defendants would now like to sweep under the rug.

Weather Brands respectfully requests that the Court deny Defendants' request to disregard material in Plaintiff's reply in support of its first sanctions motion.

Respectfully submitted,

Christopher A. Colvin
Partner, Practus LLP
*Attorneys for Plaintiff Weather Brands LLC*