GS2LAW

Pranav Katti
225 Broadway, 37th Floor
New York, NY 10007
Tel. + 1 212.380.3623
pk@gs2law.com

***Via ECF***

August 18, 2026

Hon. Denise L. Cote
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Weather Brands LLC v. Blue Mineral Corporation, et al., No. 1:25-cv-02423: Defendants' Reply in Further Support of Letter-Motion to Disregard New Matter in Weather Brands' Reply (ECF Nos. 149–150)**

Dear Judge Cote:

Counsel for Plaintiff severely mischaracterizes Defendants' position. Dkt. 157 at 1 ("Nor can it avoid responsibility for its own actions – a pattern of conduct which the Court and the parties have observed directly, on the record, for the last several months – **by bizarrely pretending that Plaintiff 'create[d] that history'**").

Defendants never claimed that Plaintiff created the history of the alleged sanctionable conduct. Defendants instead asserted that Plaintiff cannot rewrite history by asking the Court to consider, in Plaintiff's First Motion, the accusations in Plaintiff's stricken and deferred Second Motion. Dkt. 156 at 2 ("Weather Brands itself describes this Court's July 31 Order as having "deferred" the Second Motion, but then asks the Court to consider the deferred accusations now as grounds for sanctions on the First Motion. **No case cited by Mr. Colvin authorizes a movant to create that history unilaterally after opposition**, circumvent an order postponing a separate sanctions motion, or obtain findings on accusations that were never briefed.")

Respectfully submitted,

*/s/ Pranav Katti*
Pranav L. Katti
Garson, Ségal, Steinmetz, Fladgate LLP
*Counsel for Defendants*