# Exhibit A

**Chris Colvin**

---

**From:** Pranav Katti <pk@gs2law.com>
**Sent:** Wednesday, August 19, 2026 5:07 PM
**To:** Chris Colvin
**Cc:** Michael Steinmetz; Christian Julian Perez; Matthew McFarlane; Diane B. Melnick; Jeffrey A. Lindenbaum
**Subject:** Weather Brands v. Blue Mineral Corp., 1:25-cv-02423-DLC: Items to discuss

Counsel,

There are several outstanding items that we need to discuss. Are you available on Monday or Tuesday between 12:00–1:00 PM or 3:00–4:00 PM for a meet and confer? The discussion will focus on the following topics:

- Weather Brands' searched email accounts and messaging applications;
- Search terms, date ranges, hit counts, and whether the reciprocal terms were run;
- Complete Goldstein and Cohen communications;
- The basis for each redaction in the First Amendment and royalty records;
- Unredacted AEO production or a privilege/nonresponsiveness log;
- Corrected Rule 34 responses identifying what is being withheld and where responsive documents appear;
- Evidentiary basis for alleged actual confusion and damages;
- Licensing and quality-control records;
- Physical samples of product bags.

Sincerely,
Pranav
--

**Pranav L. Katti** | Associate Attorney
**Garson, Ségal, Steinmetz, Fladgate LLP**
225 Broadway, 37th Floor
New York, NY 10007
**w:** gs2law.com
**e:** pk@gs2law.com
**t:** +1 (212) 380-3623