# Exhibit B

PRACTUS

MATTHEW MCFARLANE, Partner
matthew.mcfarlane@practus.com
1014 W 36th Street, Suite 103
Baltimore, MD 21211
(410) 657-8633

***via ECF***

July 30, 2026

Miachel Steinmetz, Esq.
GS2 Law PLLC
225 Broadway 37 FL
New York, NY 10007
ms@gs2law.com

Re: *Weather Brands LLC v. Blue Mineral LLC et al.*, No. 1:25-cv-2423-DLC-SLC
**Plaintiff-Intervenor All Season Power LLC's First Document Production**

Dear Counsel:

Provided under separate cover are credentials to download Plaintiff-Intervenor All Season Power LLC's ("ASP") First Document Production, bearing Bates numbers ASP00001 through ASP011611.

In the past, you had asked about search terms. We produced relevant ESI returned after a search of ASP's email database using the following string of keywords, reasonably proposed to return documents relevant to Defendants' Requests for Production Nos. 1-33 in light of ASP's June 15, 2026 objections:

> "Blue Heat" OR "Pellets of Fire" OR "Blue Fire" OR "Flakes of Fire" OR Wachsler OR Barry OR "Blue Mineral" OR BMC OR "BH50" OR "BH20" OR Nightmare OR "Keep it Green" OR "Green Melt"

As you know, ASP's overall business covers many activities entirely irrelevant to this litigation. Therefore, ASP's search was limited those custodians known to participate in the ASP ice melt business. In addition, a manual search was undertaken to identify electronic files and other documents responsive to the Requests, and documents identified from that search are included.

Please note that ASP's production includes documents designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. You will note that highly sensitive native files bearing this designation have not been produced, and ASP requests a meet and confer to discuss adequate protection against unauthorized disclosure to enable their production.

Further document productions will be forthcoming, as will a privilege log indicating documents and things withheld as protected by the attorney client privilege or work product doctrine.

Regards,

Matthew McFarlane
PRACTUS LLP
*Attorneys for Plaintiff-Intervenor All Season Power LLC*