UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

WEATHER BRANDS LLC,

Plaintiff,

ALL SEASON POWER LLC,

Intervenor,

-v-

BLUE MINERAL CORPORATION, et al.,

Defendants.

---------------------------------------- X

25cv2423 (DLC)

ORDER

DENISE COTE, District Judge:

On July 17, 2026, plaintiff moved for sanctions against defendants and their counsel, Michael Steinmetz. It asserts that defendants failed to comply with discovery orders requiring the timely production of responsive text messages, and that Mr. Steinmetz made false statements to the Court when he represented that discovery was complete, when no text messages had been produced.

An Opinion of August 27 denied the sanctions motion in part while identifying gaps in defendant Wachsler's declaration submitted in opposition to the motion. For the reasons described in the August 27 Opinion, it is hereby

ORDERED that defendant Wachsler shall submit a supplemental declaration by **September 4, 2026** to address the gaps in the production of text messages identified in the August 27 Opinion.

Defendants may also file any sur-reply by **September 4.**

Dated: New York, New York
August 27, 2026

DENISE COTE
United States District Judge