**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WEATHER BRANDS LLC,**

*Plaintiff,*

**ALL SEASON POWER LLC,**

*Plaintiff-Intervenor,*

*-against-*

**BLUE MINERAL CORPORATION,**
**BARRY WACHSLER and JOHN DOES 1-10,**

*Defendants.*

Civil Action No.
25-cv-2423-DLC

**SUPPLEMENTAL DECLARATION OF BARRY WACHSLER**
**PURSUANT TO THE COURT'S AUGUST 27, 2026 ORDER**

I, Barry Wachsler, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the principal of Defendant Blue Mineral Corporation ("BMC") and am responsible for its day-to-day operations. I have personal knowledge of the facts stated in this declaration and could testify competently to them.

2. I submit this supplemental declaration pursuant to the Court's August 27, 2026 Memorandum Opinion and Order and the accompanying Order directing me to address the production of text messages. *See* ECF Nos. 162-163.

3. I reviewed my July 31, 2026 declaration, particularly paragraphs 7 through 10, the portions of Weather Brands' Reply that discuss text-message conversations with Ecoplast and Home Depot personnel.

4. I understand that the Court has directed me to clarify whether the Ecoplast and Home Depot text-message conversations referenced in my prior declaration were responsive to the claims and demands in this case.

5. I searched January 1, 2023 through December 31, 2025 for messages, including "ecoplast" and "depot."

6. Paragraph 8 of my July 31 declaration states that I located and reviewed threads, not that I had found a message responsive to Weather Brands' requests.

7. I confirm that the messages were not responsive to Plaintiffs discovery demands in this action.

8. I did not exclude the Ecoplast or Home Depot threads because their contents were unfavorable. I did not make any message unavailable, delete any responsive message, or alter a thread to prevent its use in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2026, at 100 Cedarhurst Ave Cedarhurst, NY.

Barry Wachsler

Barry Wachsler