UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WEATHER BRANDS LLC,<br>Plaintiff,<br>ALL SEASON POWER LLC,<br>Intervenor,<br>-v-<br>BLUE MINERAL CORPORATION, et al.,<br>Defendants. | : | 25cv2423 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

A September 4, 2026 Order set a briefing schedule for the defendants' cross-motion for leave to file its Answer with the August 19 counterclaims, nunc pro tunc. As described in the September 4 Order, the defendants' cross-motion is due September 18 with their opposition to the plaintiff and intervenor-plaintiff's ("Plaintiffs") September 2 motion to dismiss the counterclaims. Accordingly, it is hereby

ORDERED that any opposition to the defendants' cross-motion is due **September 25, 2026** with Plaintiffs' reply for the motion to dismiss the counterclaims.

IT IS FURTHER ORDERED that the defendants' reply, if any, is due **September 30, 2026.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
September 8, 2026

DENISE COTE
United States District Judge