PRACTUS

CHRIS COLVIN, Partner
chris.colvin@practus.com
543 E. 17th Street
Brooklyn, NY 11226
(212) 619-5378

September 10, 2026

**VIA ECF**

Hon. Denise Cote, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

Re: *Weather Brands LLC v. Blue Mineral LLC, et. al*; Case No. 1:25-cv-2423-DLC-SLC

Dear Judge Cote:

Co-Plaintiffs Weather Brands LLC and All Season Power LLC ("Plaintiffs") respectfully submit this two-page letter-motion under Local Civil Rule 37.2 and Your Honor's Individual Practices 1(A), 2(C) and 4(J) to request an order compelling Defendants Blue Mineral Corporation ("BMC") and Barry Wachsler to immediately produce the following discrete documents that Plaintiffs sought in their RFPs months ago and Defendants have failed to produce: the complete ownership records and organizational charts (or equivalents) for BMC, including any changes that occurred, over the period January 2023 to the present date.[1] The parties met and conferred regarding these documents on September 3, 2026 and Defendants did not agree to produce them.

Plaintiffs sought BMC's complete corporate ownership records and organizational charts[2] in the following requests for production ("RFPs"):[3]

- **ASP RFP 61** - Requesting, *inter alia* "all documents sufficient to identify the ownership, organizational, and corporate structure of Blue Mineral Corporation, including its formation documents, operating or shareholder agreements, capitalization, the identity and ownership interest of each owner, entity, officer, director, member, and manager, and all documents

[1] Plaintiffs respectfully submit that these documents are discrete and well-defined enough that the Court should rule on the parties' papers. If the Court declines to rule on the papers, Plaintiffs respectfully request that the Court treat this letter as a request for a discovery conference.

[2] To the extent Defendants attempt to evade production because the corporate organizational information sought is not deemed to be in the form of a traditional "org chart", Defendants should be ordered to produce the equivalent information in whatever form it is available, providing the names and titles of each person who works for or with Defendants as an executive, employee or contractor, and information regarding the names, roles and executive leadership of each corporate affiliate that interacts with Defendants through ownership or operational cooperation.

[3] "ASP RFP" herein refers to requests within All Season Power LLC's first set of requests for production served on May 31, 2026, and "WB RFP" herein refers to requests within Weather Brands LLC's first set of requests for production served on January 30, 2026.

concerning Barry Wachsler's ownership, control, management, or financial interest in Blue Mineral Corporation."

- **ASP RFP 63** - Requesting, *inter alia* "all documents and communications concerning the relationship, common ownership, common management, or transfer of any assets, inventory, customers, trademarks, goodwill, contracts, or business operations among Blue Mineral Corporation, BML (Blue Mineral LLC), Northrock Minerals, Northrock Management, Moshe Wechsler, and Barry Wachsler, including without limitation any document evidencing the continuation, succession, or assumption of any ice melt business previously conducted by BML or Northrock."

- **WB RFP 59** - Requesting, *inter alia* "all articles or certificates of incorporation or organization, business licenses, shareholder agreements, stock certificates and share registers, shareholder lists, capital contribution documents".

- **WB RFP 109** - Requesting, *inter alia* "Documents sufficient to show Blue Mineral's current organizational structure, including without limitation, documents sufficient to identify any parent, subsidiary, or other related companies, and documents sufficient to identify and describe Blue Mineral's officers, directors, and managerial employees and their respective duties."

Defendants have represented to Plaintiffs and in open court that Defendant Barry Wachsler is, in essence, a "one man operation" in charge of BMC's ice melt operations. See 5/14/2026 Tr. at 47:4-5 (Mr. Steinmetz stating "it's a one-man operation, your Honor"). However, the documents produced by Defendants tell a different story. Defendants' document production includes hundreds of emails including numerous other people, using such emails as "ilana@bluemineral.com" (Ilana Lent, *see* Dkt 172), "billing@bluemineral.com" (apparently associated with Bella Wasserman, believed to be Mr. Wachsler's sister), "sharon@dartsp.com", "david@dartsp.com", "sam@dartsp.com" and "moshe@emeraldempireinc.com" (Moshe Wechsler), who has been intertwined with Defendants' business and finances for years.

While these long-ago requested documents are of clear relevance should be produced immediately in any event, the apparent discrepancy between Defendants' representations about their operations and what their document production reveals makes it even more urgent that Defendants produce relevant and responsive documents that provide insight into who is really running and financing BMC and what exactly is the structure of BMC and its corporate affiliates.

We appreciate the Court's attention to this matter and respectfully request that the Court order the production of the requested documents within three (3) business days.

Respectfully submitted,

__/s/ Christopher A. Colvin___
Christopher A. Colvin
PRACTUS LLP
*Attorneys for Plaintiff*
*Weather Brands LLC*

____/s/ Matthew McFarlane _____
Matthew McFarlane
PRACTUS LLP
*Attorneys for Plaintiff-Intervenor*
*All Season Power LLC*