PRACTUS

CHRIS COLVIN, Partner
chris.colvin@practus.com
543 E. 17th Street
Brooklyn, NY 11226
(212) 619-5378

September 10, 2026

**VIA ECF**

Hon. Denise Cote, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

Re: *Weather Brands LLC v. Blue Mineral LLC, et. al*; Case No. 1:25-cv-2423-DLC-SLC

Dear Judge Cote:

Co-Plaintiffs Weather Brands LLC and All Season Power LLC ("Plaintiffs") respectfully submit this two-page letter-motion to request an order compelling Defendants Blue Mineral Corporation ("BMC") and Barry Wachsler to immediately produce the following discrete documents that Plaintiffs sought in their RFPs months ago and Defendants have failed to produce: The name and address of the account holder(s), as well as the records of all deposits and withdrawals, between January 2023 and June 2026, made to or from either of the following bank accounts: (1) Citibank account ending in 0942, identified in the Home Depot third party subpoena production at Bates no. THD_WeatherBrands000002 (page 2/15 of Supplier Buying Agreement (SBA)); and (2) Signature Bank account number 1505692744, identified in the Home Depot production at Bates no. THD_WeatherBrands000018. The parties met and conferred regarding these documents on September 3, 2026 and Defendants did not agree to produce them.

Plaintiffs sought such bank records in the following requests for production ("RFPs"):[1]

- **ASP RFP 3** - Requesting, *inter alia* "all records of payments received by Defendants from Home Depot for the sale of any Accused Ice Melt Product from January 1, 2023 through the present, including but not limited to checks, wire transfer confirmations, ACH confirmations, remittance advices, bank statements, deposit records, payment summaries, customer account records, and accounting entries."
- **ASP RFP 4** - Requesting, *inter alia* "all documents relating to the sale of Accused Ice Melt Products by Defendants to any customer other than Home Depot from January 1, 2023 through the present, including … bank records…."
- **WB RFP 12** - Requesting, *inter alia* "all records of payments made by Defendants to Ecoplast … including … bank statements, payment records…."

[1] "ASP RFP" herein refers to requests within All Season Power LLC's first set of requests for production served on May 31, 2026, and "WB RFP" herein refers to requests within Weather Brands LLC's first set of requests for production served on January 30, 2026.

- **WB RFP 15** - Requesting, *inter alia* "all records of payments made by Defendants to Kizewski Packaging Services … including … bank statements, payment records…."
- **WB RFP 62** - Requesting, *inter alia* "all bank account records, from January 1, 2023 through the present, for each bank, credit union, brokerage, payment-processor, merchant-services, or other financial account held by, in the name of, or controlled by Blue Mineral Corporation or Barry Wachsler…."

These bank records are of obvious relevance herein, as Defendants have represented to Plaintiffs and in open court that they sell a single type of product (ice melt) and make all payments to and from their principal customer Home Depot via electronic bank transfers. Their production is even more essential in this action as Defendants' own discovery responses and Home Depot's document production provide three dramatically different sales figures for the central BLUE FIRE product for the period from January 1, 2023 though December 31, 2025:

1. BMC's response to Weather Brands' Interrogatory No. 12 stated under oath that Defendants had sold a total approximately **275,000 units** of BLUE FIRE between the start of the company and March 2026;[2]
2. Defendants' court-ordered Quickbooks production, which showed total BLUE FIRE unit sales between January 2023 and December 2025 of **664,416 units** (or $9.9 million in dollar terms)— a figure **2.5 times larger** than that in BMC's interrogatory responses (despite including at least 3 *fewer* months of sales data than BMC's interrogatory responses);[3]
3. Data recently produced by Home Depot also reflects a significant discrepancy with Defendants' QuickBooks sales figures – Home Depot reports at least approximately $11.5 million in BLUE FIRE sales from January 2023 to December 2025 as compared with the $9.9 million shown in the QuickBooks data for the same period (a **$1.6 million** discrepancy).[4]

As was famously said in the Watergate investigation, when the truth is in doubt, "follow the money." The bank records sought by Plaintiffs are essential for determining which, if any, of the widely divergent sales figures offered by Defendants, are the true figures.

We appreciate the Court's attention to this matter and respectfully request that the Court order the production of the requested documents within three (3) business days.

Respectfully submitted,

/s/ Christopher A. Colvin
Christopher A. Colvin
PRACTUS LLP
*Attorneys for Plaintiff*
*Weather Brands LLC*

/s/ Matthew McFarlane
Matthew McFarlane
PRACTUS LLP
*Attorneys for Plaintiff-Intervenor*
*All Season Power LLC*

[2] *See* Dkts. 149 (sur-reply in support of sanctions motion), at 6; 150 (8/7/2026 Colvin Decl.), at ¶¶ 2, 10, 13; 150-7 (BMC interrogatory responses), at 6.

[3] *See* Dkts. 149 (sur-reply in support of sanctions motion), at 6; 150 (8/7/2026 Colvin Decl.), at ¶¶ 2, 13; 150-8 (redacted QuickBooks sales data), at Bates 22126, 22145.

[4] The Home Depot sales data is designated as AEO and is not in a format that can easily be presented in this publicly-filed letter, but Plaintiffs' counsel would be pleased to make arrangements for sharing that sales data with the Court confidentially if that would be helpful to the disposition of this letter motion.