GS2LAW

Michael Steinmetz
225 Broadway, 37th Floor
New York, NY 10007
Tel. + 1 212.380.3623
ms@gs2law.com

September 9, 2026

***VIA ECF***

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Weather Brands LLC v. Blue Mineral Corporation, et al.*
No. 1:25-cv-02423 (DLC)
**Letter-Motion for Extension of Time to File Barry Wachsler's Supplemental Declaration**

Dear Judge Cote:

We represent Defendants Blue Mineral Corporation and Barry Wachsler (collectively, "Defendants") and respectfully submit this letter-motion for a *nunc pro tunc* extension of the below filing deadline to September 8, 2026, and an order deeming Mr. Wachsler's supplemental declaration (ECF No. 181) ("BW Declaration") timely filed.

As reflected in the Court's August 27 Order (ECF No. 163), Mr. Wachsler's BW Declaration was due on September 4, 2026. Due to an inadvertent oversight in our office, however, the declaration was not filed until September 8, 2026, although Mr. Wachsler had signed and dated it on September 4, 2026. The delay resulted from an inadvertent internal scheduling and filing oversight within our office. Upon discovering the omission on September 8, we promptly filed the declaration through ECF. Counsel accepts full responsibility for the late filing, which was not attributable to Mr. Wachsler.

We respectfully and sincerely apologize to the Court for this lapse and for any inconvenience it may have caused the Court or the parties. In light of the declaration's execution by the deadline and our immediate filing upon discovering the omission, Defendants respectfully request that the Court extend the filing deadline *nunc pro tunc* to September 8, 2026 and deem the BW Declaration timely filed.

Earlier today, our office contacted counsel for Plaintiff Weather Brands to request Plaintiff's position on the relief sought herein; however, no response had been received as of the time of this filing.

Respectfully submitted,

*/s/ Michael M. Steinmetz*
Michael M. Steinmetz

*Counsel for Blue Mineral Corporation and Barry Wachsler*
cc: All counsel of record (via ECF)

Granted.
Denise Cote
9/14/26