Case 1:25-cv-02423-DLC Document 194 Filed 09/16/26 Page 1 of 1

PRACTUS

CHRIS COLVIN, Partner
chris.colvin@practus.com
543 E. 17th Street
Brooklyn, NY 11226
(212) 619-5378

September 16, 2026

**VIA ECF**

Hon. Denise Cote, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

Re: *Weather Brands LLC v. Blue Mineral LLC, et. al*; Case No. 1:25-cv-2423-DLC-SLC

Dear Judge Cote:

Plaintiffs Weather Brands LLC and All Season Power LLC respectfully request that the Court authorize alternative service of a third party subpoena upon Ilana Lent, via electronic means. As Your Honor is aware, in its September 4, 2026 Order (Dkt. 178), the Court ordered that "defendants shall provide the plaintiffs by September 10 with all contact information in their possession for Ilana Lent." In response, Defendants provided only two methods of electronic contact information, namely an email address and a mobile phone number. Ex. A. As recited in Plaintiffs' letter motion to compel (Dkt. 172), Plaintiffs' process server was unable to serve an August 21, 2026 subpoena upon Ms. Lent in person, at her last known mailing address, despite diligent efforts. Therefore, Plaintiffs respectfully request that the Court authorize alternative, electronic service of the subpoena upon Ms. Lent, using the court-ordered contact information produced by Defendants.

We appreciate Your Honor's attention to this matter and we respectfully request expedited consideration of our request, in light of the near term need to take discovery from Ms, Lent.

Respectfully submitted,

Granted.
Denise Cote
9/17/26

/s/ Christopher A. Colvin
Christopher A. Colvin
PRACTUS LLP
*Attorneys for Plaintiff*
*Weather Brands LLC*

/s/ Matthew McFarlane
Matthew McFarlane
PRACTUS LLP
*Attorneys for Plaintiff-Intervenor*
*All Season Power LLC*