GS2LAW

Michael Steinmetz
225 Broadway, 37th Floor
New York, NY 10007
Tel. +1 212.380.3623
ms@gs2law.com

**VIA ECF**

September 17, 2026

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Weather Brands LLC v. Blue Mineral Corporation, et al.*, No. 1:25-cv-02423
**Letter-Motion for Extension of Time to Produce Bank Account Records**

Dear Judge Cote:

Defendants Blue Mineral Corporation ("BMC") and Barry Wachsler (together, the "BMC Parties") respectfully request, for good cause under Federal Rule of Civil Procedure 6(b)(1)(A), an 18-day extension, from September 18, 2026 to October 6, 2026, to complete the bank-record production required by the Court's September 14, 2026 Order (the "Order") (ECF No. 193). The BMC Parties do not seek to relitigate the Order and respectfully seek only a brief, extension necessary to obtain records from third-party banks, review them responsibly, and produce them in full.

The need for that brief extension is confirmed by the scope and source of the records the Order requires. Specifically, the Order calls for account-holder names and addresses and deposit and withdrawal records for two accounts over the 42-month period from January 2023 through June 2026. As the BMC Parties previously noted, those materials were not located in the sources searched (ECF No. 190 at 2) and therefore must be obtained directly from the financial institutions. The banks estimate **seven to ten days** to furnish the records to Mr. Wachsler, meaning that the three-business-day deadline does not provide sufficient time even to obtain the records, much less review and prepare them for production. Once received, the materials may encompass as many as **84 monthly statements** plus supporting transaction records, all of which must be reviewed and checked for completeness, Bates-numbered, and designated under the Protective Order. BMC is a small, closely held company, and Mr. Wachsler must personally coordinate the collection and assembly of these records.

Finally, while the BMC Parties have proceeded diligently since entry of the Order, the September 18th deadline does not allow sufficient time to obtain the third-party records, review them for completeness, and prepare a compliant production. Accordingly, the BMC Parties respectfully request a limited extension to October 6, 2026, to complete the steps outlined above.

This is the BMC Parties first request for an extension of time for this deadline. The undersigned has promptly sought Plaintiffs' position on this narrowly tailored extension request, and Plaintiffs have consented to an extension to October 2, 2026. The BMC Parties may only receive the documents several days before October 2nd, and do not believe this deadline allows for sufficient time to make a proper and thorough production.

Respectfully submitted,

/s/ Michael Steinmetz
Michael Steinmetz
**GARSON SEGAL STEINMETZ FLADGATE LLP**

*Counsel for Defendants Blue Mineral Corporation and Barry Wachsler*