PRACTUS

MATTHEW MCFARLANE, Partner
matthew.mcfarlane@practus.com
1014 W 36th Street, Suite 103
Baltimore, MD 21211
(410) 657-8633

***via ECF***

September 22, 2026

The Honorable Denise L. Cote, U.S.D.J.
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

Re: *Weather Brands LLC v. Blue Mineral Corp. et al.*, No. 1:25-cv-2423-DLC-SLC
**Motion for Extension of Time to Oppose Defendants' Cross-Motion (Dkt. 199)**

Dear Judge Cote:

Pursuant to Section 1.D of the Court's Individual Practices, Plaintiff-Intervenor All Season Power LLC ("ASP"), through counsel and on behalf of Plaintiff Weather Brands LLC ("WB") (together, "Plaintiffs"), respectfully requests a one-week extension, from September 25, 2026 to October 2, 2026, of Plaintiffs' deadline to respond to Defendants' cross-motion for leave to file the August 19 counterclaims *nunc pro tunc.* (Dkt. 199).

The Court's September 4 Order (Dkt. 179) permitted Defendants to include a cross-motion for leave with their September 18 opposition to Plaintiffs' motion to dismiss the counterclaims. Defendants did so, filing the cross-motion together with a supporting memorandum, declaration, and eight exhibits. (Dkt. 199-201). The September 8 Order (Dkt. 182) set Plaintiffs' opposition to the cross-motion for September 25, 2026, together with their reply in further support of their motion to dismiss. Plaintiffs respectfully request a one-week extension so that they may have the ordinary fourteen-day response period provided by Local Civil Rule 6.1(b). The requested extension would permit Plaintiffs to file their combined opposition to the cross-motion and reply brief in further support of their motion to dismiss (Dkt. 169) on October 2, 2026.

The requested extension will not disturb any discovery or pretrial deadline. Plaintiffs propose that Defendants' reply, if any, be filed on or before October 9, 2026, affording Defendants the seven-day reply period provided by Local Civil Rule 6.1(b). A proposed Revised Scheduling Order is submitted herewith.

In accordance with Section 1.D of the Court's Individual Practices, Plaintiffs state that: (1) the current deadline for Plaintiff's response is September 25, 2026; (2) this is Plaintiffs' first request for an extension of this deadline; and (3) Plaintiffs sought Defendants' consent by correspondence on September 21, 2026; minutes ago, Defendants indicated that they will oppose the request. (Ex. 1).

We thank the Court for its consideration of this request.

Respectfully submitted,

Matthew McFarlane
PRACTUS LLP
*Attorneys for Plaintiff-Intervenor All Season Power LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

WEATHER BRANDS LLC,

*Plaintiff and Counterclaim-Defendant,*

ALL SEASON POWER LLC,

*Intervenor-Plaintiff and Counterclaim-Defendant,*

v.

BLUE MINERAL CORPORATION, BARRY WACHSLER and JOHN DOES 1-10,

*Defendants and Counterclaim-Plaintiffs.*

**25-cv-2423 (DLC)**

**ORDER REVISING BRIEFING SCHEDULE**

Upon Plaintiffs' request for an extension of the briefing schedule set forth in the Court's September 8, 2026 Order (Dkt. 182), it is hereby

**ORDERED** that any opposition to the Defendants' cross-motion is due **October 2, 2026**, with Plaintiffs' reply for the motion to dismiss the counterclaims; and it is further

**ORDERED** that the Defendants' reply, if any, is due **October 9, 2026**. At the time the final reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS SO ORDERED.

Dated: ______________________, 2026

______________________________
Hon. Denise L. Cote
United States District Judge