**Matthew McFarlane**

| | |
|---|---|
| **From:** | Matthew McFarlane |
| **Sent:** | Tuesday, September 22, 2026 4:56 PM |
| **To:** | Pranav Katti |
| **Cc:** | Michael Steinmetz; Christian Julian Perez; Andrea Timpone; Gabriella Fernandez; Jeffrey A. Lindenbaum; Chris Colvin |
| **Subject:** | RE: Request for Consent, Weather Brands et al. v. Blue MIneral Corp. et al., No. 25-cv-2423 (S.D.N.Y.) |

Counsel,

The request will be made under Local Civ. R. 6.1(b), which allows 14 days for opposing a motion, which is what the cross-motion is: a new motion. A new schedule will be proposed that permits Defendants' reply brief in support of the cross-motion to be filed seven days thereafter, on October 9.

Defendants' non-consent and opposition is noted, however, and the Court will be so informed in the paper to be filed, unless you inform me that your position has changed before 5:30pm today.

Regards
Matthew

**Matthew McFarlane**
Partner
PRACTUS
(410) 657-8633
matthew.mcfarlane@practus.com
My Bio | Connect on LinkedIn

**From:** Pranav Katti <pk@gs2law.com>
**Sent:** Tuesday, September 22, 2026 4:51 PM
**To:** Matthew McFarlane <matthew.mcfarlane@practus.com>
**Cc:** Michael Steinmetz <ms@gs2law.com>; Christian Julian Perez <cjp@gs2law.com>; Andrea Timpone <at@gs2law.com>; Gabriella Fernandez <gf@gs2law.com>; Jeffrey A. Lindenbaum <jeffrey.lindenbaum@practus.com>; Chris Colvin <chris.colvin@practus.com>
**Subject:** Re: Request for Consent, Weather Brands et al. v. Blue MIneral Corp. et al., No. 25-cv-2423 (S.D.N.Y.)

Counsel,

Defendants do not consent to a seven-day extension to October 2, 2026, of the deadline to reply and oppose Defendants' combined opposition and cross-motion (Dkt. Nos. 199-202).

Your request offers no reason for the extension, and we are aware of none. The Court set the September 25 deadline on September 8 (Dkt. No. 182), so Plaintiffs have known the schedule for more than two weeks and have had Defendants' papers since September 18. The requested date would also fall after Defendants' September 30 reply deadline, which would upend the briefing

schedule the Court set, and your request does not address that.

We ask that Plaintiffs accurately state Defendants' position, and the reasons above, in any application to the Court.

Sincerely,
Pranav

**Pranav L. Katti** | Associate Attorney
**Garson, Ségal, Steinmetz, Fladgate LLP**
225 Broadway, 37th Floor
New York, NY 10007
**w:** gs2law.com
**e:** pk@gs2law.com
**t:** +1 (212) 380-3623

On Mon, Sep 21, 2026 at 21:07 Matthew McFarlane <matthew.mcfarlane@practus.com> wrote:

> Dear Counsel,
>
> I write on behalf of Plaintiffs. We request Defendants' consent for Plaintiffs' anticipated motion that will seek an additional seven days to file its opposition to Defendants' combined opposition and cross motion (Dkt. Nos. 199-202), until October 2, 2026. Kindly indicate whether Defendants will or will not consent to Plaintiffs' motion before noon tomorrow.
>
> Best regards
>
> Matt
>
> **Matthew McFarlane**
> Partner
> PRACTUS
> (410) 657-8633
> matthew.mcfarlane@practus.com
> My Bio | Connect on LinkedIn