UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEATHER BRANDS LLC,

Plaintiff,

ALL SEASON POWER LLC,

Intervenor,

-v-

BLUE MINERAL CORPORATION, et al.,

Defendants.

---

25cv2423 (DLC)

ORDER

DENISE COTE, District Judge:

The plaintiff Weather Brands LLC ("Weather Brands") moved on July 17, 2026 for the entry of sanctions against defendants Blue Mineral Corp. ("Blue Mineral") and Barry Wachsler for their alleged failure to produce text messages during discovery. Weather Brands also moved for the entry of sanctions against defense counsel Michael Steinmetz for making false statements to the Court about the completeness of discovery. On July 31, defendants and defense counsel opposed the motion and included a July 31 declaration from defendant Wachsler. The July 31 declaration presented unclear statements regarding the existence of responsive text messages. An August 27 Opinion and Order denied the motion in part and ordered defendant Wachsler to submit a supplemental declaration about whether responsive text

messages exist and whether he provided them to counsel for production. Defendant Wachsler submitted that declaration on September 8, denying the existence of any responsive text messages. Accordingly, it is hereby

ORDERED that the July 17 motion for the entry of sanctions against defendants Blue Mineral and Barry Wachsler as well as defense counsel Michael Steinmetz is denied.

Dated: New York, New York
October 8, 2026

DENISE COTE
United States District Judge