**[Exhibit C (black redactions made by Defendants in bank records production, red redactions made by Plaintiffs to remove potential AEO material)]**

Statement Period

REDACTED

BLUE MINERAL CORPORATION 9-124
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

See Back for Important Information

Primary Account: [redacted] 35

[redacted]

[Original Redaction by Defendants]

Statement Period

REDACTED

BLUE MINERAL CORPORATION 9-124
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

See Back for Important Information

Primary Account: [redacted] 38

[Original Redaction by Defendants]

Statement Period

REDACTED

BLUE MINERAL CORPORATION 9-124
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

See Back for Important Information

Primary Account: [redacted] 44

[redacted]

[Original Redaction by Defendants]

Statement Period

REDACTED

BLUE MINERAL CORPORATION 9-124
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

See Back for Important Information

Primary Account: [redacted] 36

[redacted]

[Original Redaction by Defendants]

Statement Period

REDACTED

BLUE MINERAL CORPORATION 9-124
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

See Back for Important Information

Primary Account: [redacted] 21

[Original Redaction by Defendants]

flagstar

Statement Period

REDACTED

BLUE MINERAL CORPORATION 9-124
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

See Back for Important Information

Primary Account: [redacted] 3

[Original Redaction by Defendants]

flagstar

Statement Period

REDACTED

BLUE MINERAL CORPORATION 9-124
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

See Back for Important Information

Primary Account: [redacted] 9

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|---|---|---|---|---|---|

REDACTED

[redacted]

[Original Redaction by Defendants]

Statement Period

REDACTED

BLUE MINERAL CORPORATION 9-124
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

See Back for Important Information

Primary Account: [redacted] 7

[redacted]
[Original Redaction by Defendants]

flagstar

Statement Period

REDACTED

BLUE MINERAL CORPORATION
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

9-124

See Back for Important Information

Primary Account: [redacted] 13

[Original Redaction by Defendants]

flagstar

Statement Period

REDACTED

BLUE MINERAL CORPORATION
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

9-124

See Back for Important Information

Primary Account: [redacted] 33

[redacted]

[Original Redaction by Defendants]

flagstar

Statement Period

REDACTED

BLUE MINERAL CORPORATION
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

9-124

See Back for Important Information

Primary Account: [redacted] 37

REDACTED

[Original Redaction by Defendants]

flagstar

Statement Period
REDACTED

BLUE MINERAL CORPORATION
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

9-124

See Back for Important Information

Primary Account: [redacted] 22

REDACTED

[redacted]

[Original Redaction by Defendants]

flagstar

Statement Period

REDACTED

BLUE MINERAL CORPORATION 9-124
100 CEDARHURST AVE SUITE 203
CEDARHURST NY 11516

See Back for Important Information

Primary Account: [redacted] 10

Date Description

[redacted]

REDACTED

[redacted]

[Original Redaction by Defendants]