GS2LAW

Pranav Katti
225 Broadway, 37th Floor
New York, NY 10007
Tel. + 1 212.380.3623
pk@gs2law.com

***Via ECF***

October 9, 2026

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Weather Brands LLC v. Blue Mineral Corporation, et al.*, No. 1:25-cv-02423 (DLC)**
**Plaintiffs' Letter-Motion to Compel Compliance (ECF No. 212)**

Dear Judge Cote:

Defendants Blue Mineral Corporation and Barry Wachsler write briefly regarding Plaintiffs' letter-motion filed today (ECF No. 212).

Plaintiffs' October 7 email requested a response by 12:00 noon today. At 11:36 a.m., before that deadline, Defendants advised Plaintiffs in writing that they were preparing a response and would provide it today (Ex. 1). Plaintiffs' motion states that "[a]s of this filing" Defendants had not responded (ECF No. 212 at 2), but it does not mention that email. Plaintiffs filed without waiting for the response Defendants had committed to provide.

Defendants are providing that response to Plaintiffs today. Plaintiffs' counsel agreed to withdraw their letter-motion upon Defendants' response. Defendants respectfully request that the Court deny the letter-motion, which may be refiled only if needed after Defendants' response and after the parties meet and confer.

Respectfully submitted,

*/s/ Pranav Katti*
Pranav L. Katti
GARSON SEGAL STEINMETZ FLADGATE LLP
*Counsel for Defendants Blue Mineral Corporation and Barry Wachsler*

cc: All counsel (via ECF)