ATTORNEYS' EYES ONLY – HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEATHER BRANDS LLC,<br>Plaintiff,<br>ALL SEASON POWER LLC,<br>Intervenor-Plaintiff,<br><br>– against –<br><br>BLUE MINERAL CORPORATION and Barry Wachsler.,<br>Defendants. | Case No. 1:25-cv-02423 (DLC) |

**DECLARATION OF BARRY WACHSLER PURSUANT TO THE COURT'S OCTOBER 13, 2026 ORDER (DKT. 217)**

I, Barry Wachsler, declare as follows:

1. I am the Vice President of Operations of Defendant Blue Mineral Corporation ("BMC") and a defendant in this action. I submit this declaration pursuant to the Court's Order dated October 13, 2026 (Dkt. 217), which directed me to provide the information requested in Plaintiffs' October 9, 2026 letter (Dkt. 212). I have personal knowledge of the facts stated below, including from my review of BMC's bank statements and records, which BMC maintains in the ordinary course of its business.

2. On October 6, 2026, Defendants produced bank records Bates-stamped BMC-ECOPLAST-022171 through BMC-ECOPLAST-022363 (the "Bank Record Production"). On October 13, 2026, pursuant to Dkt. 217, Defendants re-produced those records bearing the same Bates stamps without redaction. The Bank Record Production contains statements for two accounts, which I identify in paragraphs 3 and 4 below.

3. **Account ending in 0942 (Citibank).** Records for this account appear at BMC-ECOPLAST-022171 through 022173 and BMC-ECOPLAST-022351 through 022363. The first deposit to this account posted on July 27, 2023. The account's final statement, dated January 23, 2024, reflects that the account was closed.

| **Item** | **Response** |
|---|---|
| Bank | Citibank, N.A. (CitiBusiness Streamlined Checking) |
| Full account number | 6881520942 |
| Account holder | Blue Mineral Corporation |
| Account holder address | 100 Cedarhurst Avenue, Suite 203, Cedarhurst, New York 11516 |
| Date opened | July 27, 2023 |
| Date closed | January 18, 2024 |
| Account 0942 or 2744 | This is the Citibank account ending in 0942 identified in Dkt. 193 |

4. **Account ending in 2744 (Flagstar Bank).** Records for this account appear at BMC-ECOPLAST-022174 through 022350 and cover October 16, 2024 through June 30, 2026.

| **Item** | **Response** |
|---|---|
| Bank | Flagstar Bank, N.A. (Flagstar Private Bank) |
| Full account number | 1505692744 |
| Account holder | Blue Mineral Corporation |
| Account holder address | 100 Cedarhurst Avenue, Suite 203, Cedarhurst, New York 11516 |
| Date opened | October 16, 2024 |
| Date closed | Not closed; the account remains open |
| Account 0942 or 2744 | This account bears number 1505692744, the number Dkt. 193 identifies as Signature Bank account 1505692744 |

5. The Bank Record Production contains statements for no account other than the two identified above. Any other account number or name that appears in those statements appears only as the source or destination of an individual transaction.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2026, at Cedarhurst, New York.

Barry Wachsler