UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

WEATHER BRANDS LLC,

Plaintiff,

ALL SEASON POWER LLC,

Intervenor,

-v-

BLUE MINERAL CORPORATION, et al.,

Defendants.

----------------------------------------X

25cv2423 (DLC)

ORDER

DENISE COTE, District Judge:

On October 20, 2026, Weather Brands LLC and All Season Power LLC filed a motion for leave to file a third amended complaint and to modify the scheduling order. Accordingly, it is hereby

ORDERED that any opposition is due **October 30, 2026.** Any reply is due **November 4, 2026.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
October 21, 2026

DENISE COTE
United States District Judge