UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

WEATHER BRANDS LLC,

Plaintiff,

-v-

BLUE MINERAL CORPORATION, et al.,

Defendants.

---------------------------------------X

25cv2423 (DLC)

AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute

______________________

______________________

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

______________________

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

______________________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

______________________

Dated: New York, New York
November 6, 2026

[signature]

DENISE COTE
United States District Judge