UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEATHER BRANDS LLC,

Plaintiff,

-v-

BLUE MINERAL LLC, et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 2423 (DLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This matter has been referred to the undersigned for general pretrial management. (Dkt. No. 250). According, a Telephone Conference to discuss the status of discovery is scheduled for **December 14, 2026 at 3:00 p.m. ET** on the Court's conference line (the "Conference"). The parties are directed to call: 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

By **December 9, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter, not to exceed 1050 words, updating the Court as to the status of discovery and identifying any issues ripe for the Court's attention (the "Joint Letter"). Unless the Court directs otherwise, the parties may not file additional submissions other than the Joint Letter in advance of the Conference. The Conference will address only those issues identified in the Joint Letter.

Dated: New York, New York
November 10, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**